## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | NO. 24-10806 |
| **JOHN ANDREW GOODMAN** | § | |
| | § | CHAPTER 7 |
| DEBTOR | § | |

## DEBTOR'S CERTIFICATION REGARDING
## NECESSITY OF FILING PAYMENT ADVICES

My name is John Andrew Goodman. I am the Debtor in this bankruptcy case. I declare that I did not receive any payment advices or other evidence of payment from any employer during the 6 months before the date of the filing of the bankruptcy petition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2024.

                                                                        /s/ *John Andrew Goodman*
                                                                        John Andrew Goodman