**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-10806 |
| JOHN ANDREW GOODMAN | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### DEBTOR'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO FILE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

**AN ORDER WILL BE ENTERED GRANTING THE RELIEF REQUESTED HEREIN WITHOUT FURTHER HEARING UNLESS A WRITTEN OBJECTION AND REQUEST FOR HEARING IS FILED WITH THE CLERK WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF ISSUANCE OF THIS NOTICE. ANY SUCH OBJECTION MUST ALSO BE SERVED UPON THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.**

**TO THE HONORABLE SHAD ROBINSON, U.S. BANKRUPTCY JUDGE:**

John Andrew Goodman, Debtor, respectfully represents:

1. The Debtor filed an emergency petition for relief under Chapter 7 of the Bankruptcy Code on July 10, 2024, without the full set of schedules and statement of financial affairs. The case was filed on an expedited basis due to numerous pending lawsuits.

2. Pursuant to Rule 1007(a) and (c) of the Bankruptcy Rules of Procedure, the debtor's schedules are due to be filed within fourteen days after the filing date which in this case is July 24, 2024.

3. The Debtor's counsel will be on vacation in California starting July 11, 2024 and will return on July 19, 2024, and will be in the process of counseling with the Debtor to prepare the Debtor's schedules and statement of financial affairs.

4. Due to the lack of time to fully prepare this case for filing prepetition, the schedules and statement of financial affairs were not filed with the petition. Due to

time constraints of counsel and the Debtor, who live in different cities and counsel's vacation, they have not had sufficient time to meet and to complete the required documents and materials described above. Counsel will be unavailable to confer with the Debtor during most of his vacation. The Debtor and counsel need through August 10, 2024 to accomplish the required document preparation and filing.

5. Counsel has not completed the analysis of the Debtor's financial records to document the Debtor's assets and transfers, if any, to creditors which should be included in the statement of financial affairs.

6. The Debtor requests an enlargement of time in which to complete its schedules and statement of financial affairs, pursuant to Rule 1007 of the Bankruptcy Rules of Procedure through August 10, 2024.

7. A §341 meeting has been scheduled in this case for August 15, 2024.

8. The enlargement of time requested is in the best interest of the Debtor's estate and of its creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor prays as aforesaid.

Dated: July 10, 2024.

    Respectfully submitted,

    LAW OFFICES OF MARTIN SEIDLER
    One Elm Place, Suite E-504
    11107 Wurzbach Road
    San Antonio, Texas 78230
    Tel: (210) 694-0300
    Fax: (210) 690-9886
    Email: marty@seidlerlaw.com

    By: _____/s/ *Martin Seidler*_____
    Martin Seidler, #18000800
    ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was served on all parties authorized to receive notice through the ECF notice system and/or on the attached matrix for this case on this 10th day of July, 2024.

                                        /s/ *Martin Seidler*
                                        Martin Seidler

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-1<br>Case 24-10806-smr<br>Western District of Texas<br>Austin<br>Wed Jul 10 18:08:23 CDT 2024 | United States Trustee (SMG17)<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | U.S. BANKRUPTCY COURT<br>903 SAN JACINTO, SUITE 322<br>AUSTIN, TX 78701-2450 |
| 18920 NW 11th LLC<br>c/o Joseph W. Golinkin, II<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | AMR Resources, LLC<br>110 Allgood Indus. Ct.<br>Marietta, GA 30066 | Alicia Lackey/Cayenne Goodman<br>150 E. Main St., Suite 216<br>Fredericksburg, TX 78624-4202 |
| Alliance Texas Holdings, LLC<br>c/o Michael A. Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | Amarillo National Bank<br>c/o Clint R. Latham<br>P. O. Box 1<br>Amarillo, TX 79105-0001 | Auerbach Family Dynasty Trust<br>50 Lawrence St.<br>Lawrence, NY 11559-1436 |
| Auerbach Partners, LP<br>c/o Michael A. Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | Bank of America<br>P. O. Box 17237<br>Wilmington, DE 19886-0001 | Cadillac Financial<br>P. O. Box 78141<br>Phoenix, AZ 85062-8141 |
| Capital One Auto Finance<br>P. O Box 259407<br>Plano, TX 75025-9407 | Carrington Coleman<br>901 Main St. #5500<br>Dallas, TX 75202-3767 | Cayenne Goodman<br>123 Feather Way<br>Fredericskburg, TX 78624-2631 |
| Christopher Murray, Trustee<br>DeBauche OSP Comm., LLC<br>602 Sawyer St. #400<br>Houston, TX 77007-7510 | Citibank<br>P O Box 6217<br>Sioux Falls, SD 57117-6217 | Citicards<br>P O Box 6500<br>Sioux Falls, SD 57117-6500 |
| Credit One Bank<br>P O Box 98872<br>Las Vegas, NV 89193-8872 | DeBauche OSP Communications, LLC<br>P. O. Box 2371<br>Fredericksburg, TX 78624-1921 | Dist Clerk  #DC 23-16418<br>600 Commerce St. Suite 103<br>Dallas, TX 75202-6604 |
| Dist Clerk #23-09-14382<br>P. O. Box 2985<br>Conroe, TX 77305-2985 | Dist. Clerk #111762 BCV<br>501 S. Fillmore St.<br>Amarillo, TX 79101-2433 | Evalina Pinkasova<br>c/o Joseph W. Golinkin, II<br>1980 Post Oak Blvd. #2300<br>Houston, TX 77056-3841 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | FedEx Supply Chain Logistics &<br>Electronics, Inc./Adam Langley<br>P. O. Box 171443<br>Memphis, TX 38187-1443 | Freedom Mortgage<br>951W. Tamato Rd., #175<br>Boca Raton, FL 33431-4444 |
| Frinzi Family Trust<br>c/o Paul Thomas Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 | GNET ATC, LLC<br>2801 Network Blvd #300<br>Frisco, TX 75034-1881 | Genesis Networks Telecom Svc. LLC<br>c/o Laurie Rea, Trustee<br>300 Throckmorton St. #520<br>Ft. Worth, TX 76102-2929 |

| | | |
|---|---|---|
| Genesis Networks Telecom Svcs<br>c/o Laurie Rea, Trustee<br>300 Throckmorton St. #520<br>Ft. Worth, TX 76102-2929 | Goodman Investment Holdings, LLC<br>1354 N Loop 1604 # #103<br>San Antonio, TX 78232-1342 | Goodman Networks, Inc.<br>c/o Davor Rukavina<br>500 N.Akard #3800<br>Dallas, TX 75201-6659 |
| Goodman Networks, Inc.<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br>Plano, TX 75093-6212 | Gordon Green/Woodforest NatBk<br>1717 N. Main St. #3000<br>Dallas, TX 75201-4335 | Greater Tech Holdings, Inc.<br>c/o Janet Casciato-Nortrup<br>1201 Louisiana #2800<br>Houston, TX 77002-5607 |
| Greater Tech Holdings, Inc.<br>P. O. Box 2371<br>Fredericksburg, TX 78624-1921 | HSB Holdings,LLC<br>c/o Paul T. Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 | Haynes & Boone<br>2801 N. Harwood St. #2300<br>Dallas, TX 75201-2754 |
| Hudson Clean Energy Ent. LLC<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Special Procedures Insolv.Sec.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMCB Card Services<br>P O Box 15353<br>Wilmington, DE 19850 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Jake Goodman<br>c/o Anna K. MacFarlane<br>2161 NW Military Hwy #400<br>San Antonio, TX 78213-1844 |
| James Frinzi<br>c/o Paul T. Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 | James Goodman, Jr.<br>c/o Anna K McFarlane<br>2161 NW Military Hwy #400<br>San Antonio, TX 78213-1844 | James Roeder, Indiv. & as Trustee<br>EquityTrstCo./J.O.RoederRoth IRA<br>c/o C. Dixon Mosty<br>222 Sidney Baker South #400<br>Kerrville, TX 78028-5983 |
| Janet Casciato-Northrup, Trustee<br>Greater Tech Holdings, Inc.<br>1201 Louisiana #2800<br>Houston, TX 77002-5607 | Jonathan Goodman<br>c/o Anna K. MacFarlane<br>2161NW Military Hwy #400<br>San Antonio, TX 78213 | Judith Auerbach<br>50 Lawrence Ave.<br>Lawrence, NY 11559-1436 |
| MBG Holdings, Inc.<br>4301 Westbank Dr. B 100<br>Austin, TX 78746-6564 | Mark Castillo<br>901 Main St. #5500<br>Dallas, TX 75202-3767 | Mark Petrocchi<br>2200 Forest Park Blvd.<br>Ft. Worth, TX 76110-1732 |
| Micah McKinney, Trustee<br>Michah McKinney Trust<br>c/o C. Dixon Mosty<br>222 Sidney Baker South #400<br>Kerrville, TX 78028-5983 | Neil Auerbach<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | Prosperity Bancshares,Inc.<br>4295 San Felipe<br>Houston, TX 77027-2942 |
| Prosperity Bank<br>1301 N. Mechanic St.<br>El Campo, TX 77437-2633 | Randy Bennett<br>421 Compton Ave.<br>Irving, TX 75061-6210 | S. Dylan Pearcy<br>503 Ave. A #1119<br>San Antonio, TX 78215-1272 |

SDLA Courier Services, Inc.
1865 West 222nd St. #B
Torrance, CA 90501-3622

Shalom Auerbach
c/o Michael Cancienne
1980 Post Oak #2300
Houston, TX 77056-3841

Steven Zakharyayev
c/o Joseph W. Golinkin, II
1980 Post Oak Blvd. #2300
Houston, TX 77056-3841

The Auerbach Children's Dynasty
Trust
50 Lawrence St.
Lawrence, NY 11559-1436

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

Unified Field Services, Inc.
c/o Anna K. MacFarlane
2161 N.W. Military Bwy #400
San Antonio, TX 78213-1844

United States Trustee - AU12
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

Vista Bank
c/o Murray Bristol
10440 N.CentralExpressway #800
Dallas, TX 75231-2264

Whitaker Chalk Swindle &Schwartz
301 Commerce St. #3500
Ft. Worth, TX 76102-4135

Woodforest National Bank
P. O. Box 7889
The Woodlands, TX 77387-7889

John Andrew Goodman
1008 Middle Creek Road
Fredericksburg, TX 78624-7009

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801-4943

Martin Seidler
Law Offices of Martin Seidler
11107 Wurzbach, Suite 504
One Elm Place
San Antonio, TX 78230


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

FIA/Bank of America
Bankruptcy Dept. NC4-105-03-14
4161 Piedmont Parkway
Greensboro, NC 27410

Internal Revenue Service
Attn: District Counsel
300 E. 8th Street
Austin, TX 78701

(d)Internal Revenue Service
Attn: Special Procedures Group
300 E. 8th St., STOP 5022 AUS
Austin, TX 78701

JPMCB Card Services
P O Box 15369
Wilmington, DE 19850

US Bank Home Mortgage
2800 Tamarack Rd.
Owensboro, KY 42301

End of Label Matrix
Mailable recipients    72
Bypassed recipients     0
Total                  72