| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | John Andrew Goodman<br>First Name  Middle Name  Last Name | Social Security number or ITIN: | xxx–xx–3003 |
| | | EIN: | __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: | ____ |
| | | EIN: | __–_____ |
| United States Bankruptcy Court: | Western District of Texas | Date case filed for chapter: | 7   7/10/24 |
| Case number: | 24–10806–smr | | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline         10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | John Andrew Goodman | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1008 Middle Creek Road<br>Fredericksburg, TX 78624 | |
| 4. | **Debtor's attorney**<br>Name and address | Martin Seidler<br>Law Offices of Martin Seidler<br>11107 Wurzbach, Suite 504<br>One Elm Place<br>San Antonio, TX 78230 | Contact phone 210–694–0300<br>Email: marty@seidlerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801 | Contact phone 830–407–5115<br>Email: pat.lowe.law@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**         page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. See Court website for electronic filing information: www.txwb.uscourts.gov. | 903 SAN JACINTO, SUITE 322 <br> AUSTIN, TX 78701 | Hours open Monday – Friday 8:00 AM – 4:00 PM <br><br> Contact phone (512) 916–5237 <br><br> Date: 7/10/24 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 15, 2024 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Zoom video meeting: Go to Zoom.us/join, Enter Meeting ID 665 717 4178, Passcode, 3258264599 OR call (830) 542–7284** <br><br> For additional meeting information go to www.justice.gov/ust/moc |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/15/24** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 24-10806-smr |
| John Andrew Goodman | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jul 10, 2024 | Form ID: 309A | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Andrew Goodman, 1008 Middle Creek Road, Fredericksburg, TX 78624-7009 |
| 18722692 | + | 18920 NW 11th LLC, c/o Joseph W. Golinkin, II, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722696 | | AMR Resources, LLC, 110 Allgood Indus. Ct., Marietta, GA 30066 |
| 18722693 | + | Alicia Lackey/Cayenne Goodman, 150 E. Main St., Suite 216, Fredericksburg, TX 78624-4202 |
| 18722694 | + | Alliance Texas Holdings, LLC, c/o Michael A.Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722697 | + | Auerbach Family Dynasty Trust, 50 Lawrence St., Lawrence, NY 11559-1436 |
| 18722698 | + | Auerbach Partners, LP, c/o Michael A. Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722700 | + | Cadillac Financial, P. O. Box 78141, Phoenix, AZ 85062-8141 |
| 18722702 | + | Carrington Coleman, 901 Main St. #5500, Dallas, TX 75202-3767 |
| 18722703 | + | Cayenne Goodman, 123 Feather Way, Fredericskburg, TX 78624-2631 |
| 18722704 | + | Christopher Murray, Trustee, DeBauche OSP Comm., LLC, 602 Sawyer St. #400, Houston, TX 77007-7510 |
| 18722708 | + | DeBauche OSP Communications, LLC, P. O. Box 2371, Fredericksburg, TX 78624-1921 |
| 18722709 | + | Dist Clerk #DC 23-16418, 600 Commerce St. Suite 103, Dallas, TX 75202-6604 |
| 18722710 | + | Dist Clerk #23-09-14382, P. O. Box 2985, Conroe, TX 77305-2985 |
| 18722711 | + | Dist. Clerk #111762 BCV, 501 S. Fillmore St., Amarillo, TX 79101-2433 |
| 18722712 | + | Evalina Pinkasova, c/o Joseph W. Golinkin, II, 1980 Post Oak Blvd. #2300, Houston, TX 77056-3841 |
| 18722713 | + | FedEx Supply Chain Logistics &, Electronics, Inc./Adam Langley, P. O. Box 171443, Memphis, TX 38187-1443 |
| 18722716 | + | Frinzi Family Trust, c/o Paul Thomas Elkins, 100 Throckmorton St.#1500, Ft. Worth, TX 76102-2845 |
| 18722719 | + | GNET ATC, LLC, 2801 Network Blvd #300, Frisco, TX 75034-1881 |
| 18722717 | + | Genesis Networks Telecom Svc.LLC, c/o Laurie Rea, Trustee, 300 Throckmorton St. #520, Ft. Worth, TX 76102-2929 |
| 18722718 | + | Genesis Networks Telecom Svcs, c/o Laurie Rea, Trustee, 300 Throckmorton St. #520, Ft. Worth, TX 76102-2929 |
| 18722720 | + | Goodman Investment Holdings, LLC, 1354 N Loop 1604 # #103, San Antonio, TX 78232-1342 |
| 18722721 | + | Goodman Networks, Inc., c/o Scott Seidel, Trustee, 6505 W. Park Blvd. #306, Plano, TX 75093-6212 |
| 18722722 | + | Goodman Networks, Inc., c/o Davor Rukavina, 500 N.Akard #3800, Dallas, TX 75201-6659 |
| 18722723 | + | Gordon Green/Woodforest NatBk, 1717 N. Main St. #3000, Dallas, TX 75201-4335 |
| 18722725 | + | Greater Tech Holdings, Inc.., P. O. Box 2371, Fredericksburg, TX 78624-1921 |
| 18722727 | + | HSB Holdings,LLC, c/o Paul T. Elkins, 100 Throckmorton St. #1500, Ft. Worth, TX 76102-2845 |
| 18722726 | + | Haynes & Boone, 2801 N. Harwood St. #2300, Dallas, TX 75201-2754 |
| 18722728 | + | Hudson Clean Energy Ent. LLC, c/o Michael Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722739 | | JPMCB Card Services, P O Box 15353, Wilmington, DE 19850 |
| 18722732 | + | Jake Goodman, c/o Anna K. MacFarlane, 2161 NW Military Hwy #400, San Antonio, TX 78213-1844 |
| 18722733 | + | James Frinzi, c/o Paul T. Elkins, 100 Throckmorton St. #1500, Ft. Worth, TX 76102-2845 |
| 18722734 | + | James Goodman, Jr., c/o Anna K McFarlane, 2161 NW Military Hwy #400, San Antonio, TX 78213-1844 |
| 18722735 | + | James Roeder, Indiv. & as Trustee, EquityTrstCo./J.O.RoederRoth IRA, c/o C. Dixon Mosty, 222 Sidney Baker South #400, Kerrville, TX 78028-5983 |
| 18722736 | + | Janet Casciato-Northrup, Trustee, Greater Tech Holdings, Inc., 1201 Louisiana #2800, Houston, TX 77002-5607 |
| 18722737 | | Jonathan Goodman, c/o Anna K. MacFarlane, 2161NW Military Hwy #400, San Antonio, TX 78213 |
| 18722740 | + | Judith Auerbach, 50 Lawrence Ave., Lawrence, NY 11559-1436 |
| 18722743 | + | MBG Holdings, Inc., 4301 Westbank Dr. B 100, Austin, TX 78746-6564 |
| 18722741 | + | Mark Castillo, 901 Main St. #5500, Dallas, TX 75202-3767 |
| 18722742 | + | Mark Petrocchi, 2200 Forest Park Blvd., Ft. Worth, TX 76110-1732 |
| 18722744 | + | Micah McKinney, Trustee, Michah McKinney Trust, c/o C. Dixon Mosty, 222 Sidney Baker South #400, Kerrville, TX 78028-5983 |
| 18722745 | + | Neil Auerbach, c/o Michael Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722746 | + | Prosperty Bancshares,Inc., 4295 San Felipe, Houston, TX 77027-2942 |
| 18722747 | + | Prosperty Bank, 1301 N. Mechanic St., El Campo, TX 77437-2633 |

24-10806-smr Doc#7 Filed 07/12/24 Entered 07/12/24 23:27:08 Imaged Certificate of Notice Pg 4 of 5

| District/off: 0542-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: 309A | Total Noticed: 69 |

| | | |
|---|---|---|
| 18722748 | + | Randy Bennett, 421 Compton Ave., Irving, TX 75061-6210 |
| 18722749 | + | S. Dylan Pearcy, 503 Ave. A #1119, San Antonio, TX 78215-1272 |
| 18722750 | + | SDLA Courier Services, Inc., 1865 West 222nd St. #B, Torrance, CA 90501-3622 |
| 18722751 | + | Shalom Auerbach, c/o Michael Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722752 | + | Steven Zakharyayev, c/o Joseph W. Golinkin, II, 1980 Post Oak Blvd. #2300, Houston, TX 77056-3841 |
| 18722753 | + | The Auerbach Children's Dynasty, Trust, 50 Lawrence St., Lawrence, NY 11559-1436 |
| 18722754 | + | Unified Field Services, Inc., c/o Anna K. MacFarlane, 2161 N.W. Military Hwy #400, San Antonio, TX 78213-1844 |
| 18722756 | + | Vista Bank, c/o Murray Bristol, 10440 N.CentralExpressway #800, Dallas, TX 75231-2264 |
| 18722757 | + | Whitaker Chalk Swindle &Schwartz, 301 Commerce St. #3500, Ft. Worth, TX 76102-4135 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: marty@seidlerlaw.com | Jul 10 2024 22:19:00 | Martin Seidler, Law Offices of Martin Seidler, 11107 Wurzbach, Suite 504, One Elm Place, San Antonio, TX 78230 |
| tr | + | EDI: QJPLOWE.COM | Jul 11 2024 02:16:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 10 2024 22:19:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18722695 | + | Email/Text: maci.sartain@anb.com | Jul 10 2024 22:19:00 | Amarillo National Bank, c/o Clint R. Latham, P. O. Box 1, Amarillo, TX 79105-0001 |
| 18722714 | | EDI: BANKAMER | Jul 11 2024 02:16:00 | FIA/Bank of America, Bankruptcy Dept. NC4-105-03-14, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 18722699 | + | EDI: BANKAMER2 | Jul 11 2024 02:16:00 | Bank of America, P. O. Box 17237, Wilmington, DE 19886-0001 |
| 18722701 | + | EDI: CAPONEAUTO.COM | Jul 11 2024 02:16:00 | Capital One Auto Finance, P. O Box 259407, Plano, TX 75025-9407 |
| 18722705 | + | EDI: CITICORP | Jul 11 2024 02:16:00 | Citibank, P O Box 6217, Sioux Falls, SD 57117-6217 |
| 18722706 | + | EDI: CITICORP | Jul 11 2024 02:16:00 | Citicards, P O Box 6500, Sioux Falls, SD 57117-6500 |
| 18722707 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2024 22:25:13 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 18722715 | ^ | MEBN | Jul 10 2024 22:16:32 | Freedom Mortgage, 951W. Tamato Rd., #175, Boca Raton, FL 33431-4444 |
| 18722724 | + | EDI: FJSNORTHRUP.COM | Jul 11 2024 02:16:00 | Greater Tech Holdings, Inc., c/o Janet Casciato-Nortrup, 1201 Louisiana #2800, Houston, TX 77002-5607 |
| 18722731 | | EDI: IRS.COM | Jul 11 2024 02:16:00 | Internal Revenue Service, Attn: District Counsel, 300 E. 8th Street, Austin, TX 78701 |
| 18722738 | | EDI: JPMORGANCHASE | Jul 11 2024 02:16:00 | JPMCB Card Services, P O Box 15369, Wilmington, DE 19850 |
| 18722755 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 10 2024 22:19:00 | US Bank Home Mortgage, 2800 Tamarack Rd., Owensboro, KY 42301 |
| 18722758 | + | Email/Text: ebankruptcy@woodforest.com | Jul 10 2024 22:20:00 | Woodforest National Bank, P. O. Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 16

| District/off: 0542-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2024 | Form ID: 309A | Total Noticed: 69 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18722729 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn: Special Procedures Group, 300 E. 8th St., STOP 5022 AUS, Austin, TX 78701 |
| 18722730 | *+ | Internal Revenue Service, Special Procedures Insolv.Sec., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2024  Signature:  /s/Gustava Winters