# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
Austin Division

IN RE: JOHN ANDREW GOODMAN

Case No: 24-10806-SR-7

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now ADAM M. LANGLEY ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Fedex Supply Chain Logistics & Electronics, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Butler Snow LLP, with offices at

   Mailing address: 6075 Poplar Avenue, Suite 500

   City, State, Zip: Memphis, TN  38119

   Telephone: (901) 680-7316     Fax: (601) 680-7201

   Email Address: adam.langley@butlersnow.com

2. Since Adam M. Langley, Applicant has been and presently is a member of and in good standing with the Bar of the State of Tennessee. Applicant's bar license number is 030492.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| USDC, Western District of TN | August 10, 2012 |
| USDC, Middle District of TN | July 23, 2018 |
| USDC, Southern District of GA | May 22, 2017 |
| US Court of Appeals, 1st Circuit | January 20, 2021 |

**See additional courts on the attached sheet.**

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

None

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

Additional Court Admissions and Date

U. S. Court of Appeals, 6th Circuit - August 13, 2012

U. S. Court of Appeals, 5th Circuit - February 9, 2018

U. S. District Court, Middle District of Georgia  - May 22, 2017

U. S. District Court, Northern District of Georgia - May 13, 2019

U. S. District Court, District of Colorado - October 19, 2016

U. S. District Court, Eastern and Western Districts of Arkansas - February 15, 2019

U. S. Court of Appeals, 11th Circuit - February 22, 2021

8. — Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

X Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| 24-50224 MMP | 03/28/24 | Granted |
|  |  |  |
|  |  |  |

Wherefore, Applicant prays that this Court enter an order permitting the admission of Adam M. Langley to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ Adam M. Langley
[Signature of Applicant]

Adam M. Langley
[Printed name of Applicant]

6075 Poplar Avenue, Suite 500, Memphis, TN 38119
[Address of Applicant]

(901)680-7316
[Telephone of Applicant]

adam.langley@butlersnow.com
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the __16th__ Day of __July__, __2024__.

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

/s/ Adam M. Langley
[Signature of Applicant]

Adam M. Langley
[Printed name of Applicant]

6075 Poplar Avenue, Suite 500
[Address of Applicant]

(901) 680-7316
[Telephone of Applicant]

adam.langley@butlersnow.com
[Email address of Applicant]

I, also, hereby certify that the foregoing was forwarded via U. S. Mail, First Class, postage prepaid, to the parties listed on the attached service matrix list on July __16__, 2024.

/s/ Adam M. Langley
ADAM M. LANGLEY

###

```
Label Matrix for local noticing          United States Trustee (SMG17)              U.S. BANKRUPTCY COURT
0542-1                                   United States Trustee                      903 SAN JACINTO, SUITE 322
Case 24-10806-smr                        903 San Jacinto Blvd, Suite 230            AUSTIN, TX 78701-2450
Western District of Texas                Austin, TX 78701-2450
Austin
Tue Jul 16 13:29:27 CDT 2024

18920 NW 11th LLC                        AMR Resources, LLC                         Alicia Lackey/Cayenne Goodman
c/o Joseph W. Golinkin, II               110 Allgood Indus. Ct.                     150 E. Main St., Suite 216
1980 Post Oak #2300                      Marietta, GA 30066                         Fredericksburg, TX 78624-4202
Houston, TX 77056-3841


Alliance Texas Holdings, LLC             Amarillo National Bank                     Auerbach Family Dynasty Trust
c/o Michael A.Cancienne                  c/o Clint R. Latham                        50 Lawrence St.
1980 Post Oak #2300                      P. O. Box 1                                Lawrence, NY 11559-1436
Houston, TX 77056-3841                   Amarillo, TX 79105-0001


Auerbach Partners, LP                    Bank of America                            Cadillac Financial
c/o Michael A. Cancienne                 P. O. Box 17237                            P. O. Box 78141
1980 Post Oak #2300                      Wilmington, DE 19886-0001                  Phoenix, AZ 85062-8141
Houston, TX 77056-3841


Capital One Auto Finance                 Capital One Auto Finance, a division of    Carrington Coleman
P. O Box 259407                          AIS Portfolio Services, LLC                901 Main St. #5500
Plano, TX 75025-9407                     4515 N Santa Fe Ave. Dept. APS             Dallas, TX 75202-3767
                                         Oklahoma City, OK 73118-7901


Cayenne Goodman                          Christopher Murray, Trustee                Citibank
123 Feather Way                          DeBauche OSP Comm., LLC                    P O Box 6217
Fredericskburg, TX 78624-2631            602 Sawyer St. #400                        Sioux Falls, SD 57117-6217
                                         Houston, TX 77007-7510


Citicards                                Credit One Bank                            DeBauche OSP Communications, LLC
P O Box 6500                             P O Box 98872                              P. O. Box 2371
Sioux Falls, SD 57117-6500               Las Vegas, NV 89193-8872                   Fredericksburg, TX 78624-1921


███████████████                          ███████████████                            ███████████████
███████████████                          ███████                                    ██████████ .
██████████                               ███████████████                            ███████████████


Evalina Pinkasova                        (p)BANK OF AMERICA                         FedEx Supply Chain Logistics &
c/o Joseph W. Golinkin, II               PO BOX 982238                              Electronics, Inc./Adam Langley
1980 Post Oak Blvd. #2300                EL PASO TX 79998-2238                      P. O. Box 171443
Houston, TX 77056-3841                                                              Memphis, TX 38187-1443


Freedom Mortgage                         Frinzi Family Trust                        GNET ATC, LLC
951W. Tamato Rd., #175                   c/o Paul Thomas Elkins                     2801 Network Blvd #300
Boca Raton, FL 33431-4444                100 Throckmorton St.#1500                  Frisco, TX 75034-1881
                                         Ft. Worth, TX 76102-2845
```

| | | |
|---|---|---|
| Genesis Networks Telecom Svc.LLC<br>c/o Laurie Rea, Trustee<br>300 Throckmorton St. #520<br>Ft. Worth, TX 76102-2929 | Genesis Networks Telecom Svcs<br>c/o Laurie Rea, Trustee<br>300 Throckmorton St. #520<br>Ft. Worth, TX 76102-2929 | Goodman Investment Holdings, LLC<br>1354 N Loop 1604 # #103<br>San Antonio, TX 78232-1342 |
| Goodman Networks, Inc.<br>c/o Davor Rukavina<br>500 N.Akard #3800<br>Dallas, TX 75201-6659 | Goodman Networks, Inc.<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br>Plano, TX 75093-6212 | Gordon Green/Woodforest NatBk<br>1717 N. Main St. #3000<br>Dallas, TX 75201-4335 |
| Greater Tech Holdings, Inc.<br>c/o Janet Casciato-Nortrup<br>1201 Louisiana #2800<br>Houston, TX 77002-5607 | Greater Tech Holdings, Inc..<br>P. O. Box 2371<br>Fredericksburg, TX 78624-1921 | HSB Holdings,LLC<br>c/o Paul T. Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 |
| Haynes & Boone<br>2801 N. Harwood St. #2300<br>Dallas, TX 75201-2754 | Hudson Clean Energy Ent. LLC<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Special Procedures Insolv.Sec.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMCB Card Services<br>P O Box 15353<br>Wilmington, DE 19850 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Jake Goodman<br>c/o Anna K. MacFarlane<br>2161 NW Military Hwy #400<br>San Antonio, TX 78213-1844 | James Frinzi<br>c/o Paul T. Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 | James Goodman, Jr.<br>c/o Anna K McFarlane<br>2161 NW Military Hwy #400<br>San Antonio, TX 78213-1844 |
| James Roeder, Indiv. & as Trustee<br>EquityTrstCo./J.O.RoederRoth IRA<br>c/o C. Dixon Mosty<br>222 Sidney Baker South #400<br>Kerrville, TX 78028-5983 | Janet Casciato-Northrup, Trustee<br>Greater Tech Holdings, Inc.<br>1201 Louisiana #2800<br>Houston, TX 77002-5607 | Jonathan Goodman<br>c/o Anna K. MacFarlane<br>2161NW Military Hwy #400<br>San Antonio, TX 78213 |
| Judith Auerbach<br>50 Lawrence Ave.<br>Lawrence, NY 11559-1436 | MBG Holdings, Inc.<br>4301 Westbank Dr. B 100<br>Austin, TX 78746-6564 | Mark Castillo<br>901 Main St. #5500<br>Dallas, TX 75202-3767 |
| Mark Petrocchi<br>2200 Forest Park Blvd.<br>Ft. Worth, TX 76110-1732 | Micah McKinney, Trustee<br>Michah McKinney Trust<br>c/o C. Dixon Mosty<br>222 Sidney Baker South #400<br>Kerrville, TX 78028-5983 | Neil Auerbach<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 |
| Prosperty Bancshares,Inc.<br>4295 San Felipe<br>Houston, TX 77027-2942 | Prosperty Bank<br>1301 N. Mechanic St.<br>El Campo, TX 77437-2633 | Randy Bennett<br>421 Compton Ave.<br>Irving, TX 75061-6210 |

| | | |
|---|---|---|
| S. Dylan Pearcy<br>503 Ave. A #1119<br>San Antonio, TX 78215-1272 | SDLA Courier Services, Inc.<br>1865 West 222nd St. #B<br>Torrance, CA 90501-3622 | Shalom Auerbach<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 |
| Steven Zakharyayev<br>c/o Joseph W. Golinkin, II<br>1980 Post Oak Blvd. #2300<br>Houston, TX 77056-3841 | The Auerbach Children's Dynasty<br>Trust<br>50 Lawrence St.<br>Lawrence, NY 11559-1436 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 |
| Unified Field Services, Inc.<br>c/o Anna K. MacFarlane<br>2161 N.W. Military Hwy #400<br>San Antonio, TX 78213-1844 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Vista Bank<br>c/o Murray Bristol<br>10440 N.CentralExpressway #800<br>Dallas, TX 75231-2264 |
| Whitaker Chalk Swindle &Schwartz<br>301 Commerce St. #3500<br>Ft. Worth, TX 76102-4135 | Woodforest National Bank<br>P. O. Box 7889<br>The Woodlands, TX 77387-7889 | John Andrew Goodman<br>1008 Middle Creek Road<br>Fredericksburg, TX 78624-7009 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | Martin Seidler<br>Law Offices of Martin Seidler<br>11107 Wurzbach, Suite 504<br>One Elm Place<br>San Antonio, TX 78230 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FIA/Bank of America<br>Bankruptcy Dept. NC4-105-03-14<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Internal Revenue Service<br>Attn: District Counsel<br>300 E. 8th Street<br>Austin, TX 78701 | (d)Internal Revenue Service<br>Attn: Special Procedures Group<br>300 E. 8th St., STOP 5022 AUS<br>Austin, TX 78701 |
| JPMCB Card Services<br>P O Box 15369<br>Wilmington, DE 19850 | US Bank Home Mortgage<br>2800 Tamarack Rd.<br>Owensboro, KY 42301 | End of Label Matrix<br>Mailable recipients 73<br>Bypassed recipients 0<br>Total 73 |