UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
Austin Division

IN RE: JOHN ANDREW GOODMAN

Case No: 24-10806-SR-7

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now R. CAMPBELL HILLYER ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent Fedex Supply Chain Logistics & Electronics, Inc. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Butler Snow LLP,

    with offices at

    Mailing address: 6075 Poplar Avenue, Suite 500

    City, State, Zip: Memphis, TN 38119

    Telephone: (901) 680-7326    Fax: (601) 680-7201

    Email Address: cam.hillyer@butlersnow.com

2. Since R. CAMPBELL HILLYER, Applicant has been and presently is a member of and in good standing with the Bar of the State of Tennessee. Applicant's bar license number is 22124.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| USDC, Western District of TN | 2003 |
| USDC, Middle District of TN | 2004 |
| USBC, Northern District MS | 2020 |
| | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

None

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

None

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. ⎯ Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

_X_ Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| 24-50224 MMP | 04/02/24 | Granted |
| | | |
| | | |

Wherefore, Applicant prays that this Court enter an order permitting the admission of __R. Campbell Hillyer__ to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

/s/ R. Campbell Hillyer
[Signature of Applicant]

R. Campbell Hillyer
[Printed name of Applicant]

6075 Poplar Avenue, Suite 500, Memphis, TN 38119
[Address of Applicant]

(901)680-7326
[Telephone of Applicant]

cam.hillyer @butlersnow.com
[Email address of Applicant]

CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 17th Day of July, 2024.

**Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.**

**Attach a list below of each party served along with the service address and the method of service.**

/s/ R. Campbell Hillyer
[Signature of Applicant]

R. Campbell Hillyer
[Printed name of Applicant]

6075 Poplar Avenue, Suite 500
[Address of Applicant]

(901) 680-7326
[Telephone of Applicant]

cam.hillyer@butlersnow.com
[Email address of Applicant]

I, also, hereby certify that the foregoing was forwarded via U. S. Mail, First Class, postage prepaid, to the parties listed on the attached service matrix list on July 17, 2024.

/s/ R. Campbell Hillyer
R. CAMPBELL HILLYER

###

United States Trustee (SMG17)
United States Trustee
903 San Jacinto Blvd, Suite 230
Austin, TX 78701-2450

18920 NW 11th LLC
c/o Joseph W. Golinkin, II
1980 Post Oak #2300
Houston, TX 77056-3841

AMR Resources, LLC
110 Allgood Indus. Ct.
Marietta, GA 30066

Alicia Lackey/Cayenne Goodman
150 E. Main St., Suite 216
Fredericksburg, TX 78624-4202

Alliance Texas Holdings, LLC
c/o Michael A.Cancienne
1980 Post Oak #2300
Houston, TX 77056-3841

Amarillo National Bank
c/o Clint R. Latham
P. O. Box 1
Amarillo, TX 79105-0001

Auerbach Family Dynasty Trust
50 Lawrence St.
Lawrence, NY 11559-1436

Auerbach Partners, LP
c/o Michael A. Cancienne
1980 Post Oak #2300
Houston, TX 77056-3841

Bank of America
P. O. Box 17237
Wilmington, DE 19886-0001

Cadillac Financial
P. O. Box 78141
Phoenix, AZ 85062-8141

Capital One Auto Finance
P. O Box 259407
Plano, TX 75025-9407

Capital One Auto Finance, a division of
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Carrington Coleman
901 Main St. #5500
Dallas, TX 75202-3767

Cayenne Goodman
123 Feather Way
Fredericskburg, TX 78624-2631

Christopher Murray, Trustee
DeBauche OSP Comm., LLC
602 Sawyer St. #400
Houston, TX 77007-7510

Citibank
P O Box 6217
Sioux Falls, SD 57117-6217

Citicards
P O Box 6500
Sioux Falls, SD 57117-6500

Credit One Bank
P O Box 98872
Las Vegas, NV 89193-8872

DeBauche OSP Communications, LLC
P. O. Box 2371
Fredericksburg, TX 78624-1921

Evalina Pinkasova
c/o Joseph W. Golinkin, II
1980 Post Oak Blvd. #2300
Houston, TX 77056-3841

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

FedEx Supply Chain Logistics &
Electronics, Inc./Adam Langley
P. O. Box 171443
Memphis, TX 38187-1443

Freedom Mortgage
951W. Tamato Rd., #175
Boca Raton, FL 33431-4444

Frinzi Family Trust
c/o Paul Thomas Elkins
100 Throckmorton St.#1500
Ft. Worth, TX 76102-2845

GNET ATC, LLC
2801 Network Blvd #300
Frisco, TX 75034-1881

| | | |
|---|---|---|
| Genesis Networks Telecom Svc.LLC<br>c/o Laurie Rea, Trustee<br>300 Throckmorton St. #520<br>Ft. Worth, TX 76102-2929 | Genesis Networks Telecom Svcs<br>c/o Laurie Rea, Trustee<br>300 Throckmorton St. #520<br>Ft. Worth, TX 76102-2929 | Goodman Investment Holdings, LLC<br>1354 N Loop 1604 # #103<br>San Antonio, TX 78232-1342 |
| Goodman Networks, Inc.<br>c/o Davor Rukavina<br>500 N.Akard #3800<br>Dallas, TX 75201-6659 | Goodman Networks, Inc.<br>c/o Scott Seidel, Trustee<br>6505 W. Park Blvd. #306<br>Plano, TX 75093-6212 | Gordon Green/Woodforest NatBk<br>1717 N. Main St. #3000<br>Dallas, TX 75201-4335 |
| Greater Tech Holdings, Inc.<br>c/o Janet Casciato-Nortrup<br>1201 Louisiana #2800<br>Houston, TX 77002-5607 | Greater Tech Holdings, Inc..<br>P. O. Box 2371<br>Fredericksburg, TX 78624-1921 | HSB Holdings,LLC<br>c/o Paul T. Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 |
| Haynes & Boone<br>2801 N. Harwood St. #2300<br>Dallas, TX 75201-2754 | Hudson Clean Energy Ent. LLC<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>Special Procedures Insolv.Sec.<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JPMCB Card Services<br>P O Box 15353<br>Wilmington, DE 19850 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Jake Goodman<br>c/o Anna K. MacFarlane<br>2161 NW Military Hwy #400<br>San Antonio, TX 78213-1844 | James Frinzi<br>c/o Paul T. Elkins<br>100 Throckmorton St. #1500<br>Ft. Worth, TX 76102-2845 | James Goodman, Jr.<br>c/o Anna K McFarlane<br>2161 NW Military Hwy #400<br>San Antonio, TX 78213-1844 |
| James Roeder, Indiv. & as Trustee<br>EquityTrstCo./J.O.RoederRoth IRA<br>c/o C. Dixon Mosty<br>222 Sidney Baker South #400<br>Kerrville, TX 78028-5983 | Janet Casciato-Northrup, Trustee<br>Greater Tech Holdings, Inc.<br>1201 Louisiana #2800<br>Houston, TX 77002-5607 | Jonathan Goodman<br>c/o Anna K. MacFarlane<br>2161NW Military Hwy #400<br>San Antonio, TX 78213 |
| Judith Auerbach<br>50 Lawrence Ave.<br>Lawrence, NY 11559-1436 | MBG Holdings, Inc.<br>4301 Westbank Dr. B 100<br>Austin, TX 78746-6564 | Mark Castillo<br>901 Main St. #5500<br>Dallas, TX 75202-3767 |
| Mark Petrocchi<br>2200 Forest Park Blvd.<br>Ft. Worth, TX 76110-1732 | Micah McKinney, Trustee<br>Michah McKinney Trust<br>c/o C. Dixon Mosty<br>222 Sidney Baker South #400<br>Kerrville, TX 78028-5983 | Neil Auerbach<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 |
| Prosperty Bancshares,Inc.<br>4295 San Felipe<br>Houston, TX 77027-2942 | Prosperty Bank<br>1301 N. Mechanic St.<br>El Campo, TX 77437-2633 | Randy Bennett<br>421 Compton Ave.<br>Irving, TX 75061-6210 |

| | | |
|---|---|---|
| S. Dylan Pearcy<br>503 Ave. A #1119<br>San Antonio, TX 78215-1272 | SDLA Courier Services, Inc.<br>1865 West 222nd St. #B<br>Torrance, CA 90501-3622 | Shalom Auerbach<br>c/o Michael Cancienne<br>1980 Post Oak #2300<br>Houston, TX 77056-3841 |
| Steven Zakharyayev<br>c/o Joseph W. Golinkin, II<br>1980 Post Oak Blvd. #2300<br>Houston, TX 77056-3841 | The Auerbach Children's Dynasty<br>Trust<br>50 Lawrence St.<br>Lawrence, NY 11559-1436 | (p)U S BANK<br>4801 FREDERICA STREET<br>OWENSBORO KY 42301-7441 |
| Unified Field Services, Inc.<br>c/o Anna K. MacFarlane<br>2161 N.W. Military Hwy #400<br>San Antonio, TX 78213-1844 | United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | Vista Bank<br>c/o Murray Bristol<br>10440 N.CentralExpressway #800<br>Dallas, TX 75231-2264 |
| Whitaker Chalk Swindle &Schwartz<br>301 Commerce St. #3500<br>Ft. Worth, TX 76102-4135 | Woodforest National Bank<br>P. O. Box 7889<br>The Woodlands, TX 77387-7889 | John Andrew Goodman<br>1008 Middle Creek Road<br>Fredericksburg, TX 78624-7009 |
| John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | Martin Seidler<br>Law Offices of Martin Seidler<br>11107 Wurzbach, Suite 504<br>One Elm Place<br>San Antonio, TX 78230 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| FIA/Bank of America<br>Bankruptcy Dept. NC4-105-03-14<br>4161 Piedmont Parkway<br>Greensboro, NC 27410 | Internal Revenue Service<br>Attn: District Counsel<br>300 E. 8th Street<br>Austin, TX 78701 | (d)Internal Revenue Service<br>Attn: Special Procedures Group<br>300 E. 8th St., STOP 5022 AUS<br>Austin, TX 78701 |
| JPMCB Card Services<br>P O Box 15369<br>Wilmington, DE 19850 | US Bank Home Mortgage<br>2800 Tamarack Rd.<br>Owensboro, KY 42301 | End of Label Matrix<br>Mailable recipients 73<br>Bypassed recipients 0<br>Total 73 |