UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS

<u>    Austin    </u> DIVISION

IN RE: JOHN ANDREW GOODMAN

Case No.: <u>24-10806-SR-7</u>

Chapter: <u>7</u>

## ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by <u>R. Campbell Hillyer</u> ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of <u>Fedex Supply Chain Logistics & Electronics, Inc.</u> in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

R. Campbell Hillyer
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38819
Telephone (901) 680-7326
Fax (901) 680-7201
cam.hillyer@butlersnow.com