**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: July 19, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS

__Austin__ DIVISION

IN RE: JOHN ANDREW GOODMAN

Case No.: __24-10806-SR-7__

Chapter: __7__

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by __Adam M. Langley__ ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Fedex Supply Chain Logistics & Electronics, Inc.__ in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

Adam M. Langley
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38819
Telephone (901) 680-7316
Fax (901) 680-7201
adam.langley@butlersnow.com