# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−10806−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **John Andrew Goodman**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**10/15/24** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

*MAIL ORIGINAL PROOF OF CLAIM TO:*      *MAIL COPY OF PROOF OF CLAIM TO:*

U. S. BANKRUPTCY COURT                              John Patrick Lowe
903 SAN JACINTO, SUITE 322                          2402 East Main Street
AUSTIN, TX 78701                                            Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

*\*\*\*\* ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.*

Dated: 7/18/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

In re: Case No. 24-10806-smr

John Andrew Goodman Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1      User: admin      Page 1 of 3

Date Rcvd: Jul 18, 2024      Form ID: 148      Total Noticed: 69

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John Andrew Goodman, 1008 Middle Creek Road, Fredericksburg, TX 78624-7009 |
| 18722692 | + | 18920 NW 11th LLC, c/o Joseph W. Golinkin, II, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722696 | | AMR Resources, LLC, 110 Allgood Indus. Ct., Marietta, GA 30066 |
| 18722693 | + | Alicia Lackey/Cayenne Goodman, 150 E. Main St., Suite 216, Fredericksburg, TX 78624-4202 |
| 18722694 | + | Alliance Texas Holdings, LLC, c/o Michael A.Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722697 | + | Auerbach Family Dynasty Trust, 50 Lawrence St., Lawrence, NY 11559-1436 |
| 18722698 | + | Auerbach Partners, LP, c/o Michael A. Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722700 | + | Cadillac Financial, P. O. Box 78141, Phoenix, AZ 85062-8141 |
| 18722702 | + | Carrington Coleman, 901 Main St. #5500, Dallas, TX 75202-3767 |
| 18722703 | + | Cayenne Goodman, 123 Feather Way, Fredericskburg, TX 78624-2631 |
| 18722704 | + | Christopher Murray, Trustee, DeBauche OSP Comm., LLC, 602 Sawyer St. #400, Houston, TX 77007-7510 |
| 18722708 | + | DeBauche OSP Communications, LLC, P. O. Box 2371, Fredericksburg, TX 78624-1921 |
| 18722709 | + | Dist Clerk #DC 23-16418, 600 Commerce St. Suite 103, Dallas, TX 75202-6604 |
| 18722710 | + | Dist Clerk #23-09-14382, P. O. Box 2985, Conroe, TX 77305-2985 |
| 18722711 | + | Dist. Clerk #111762 BCV, 501 S. Fillmore St., Amarillo, TX 79101-2433 |
| 18722712 | + | Evalina Pinkasova, c/o Joseph W. Golinkin, II, 1980 Post Oak Blvd. #2300, Houston, TX 77056-3841 |
| 18722713 | + | FedEx Supply Chain Logistics &, Electronics, Inc./Adam Langley, P. O. Box 171443, Memphis, TX 38187-1443 |
| 18722716 | + | Frinzi Family Trust, c/o Paul Thomas Elkins, 100 Throckmorton St.#1500, Ft. Worth, TX 76102-2845 |
| 18722719 | + | GNET ATC, LLC, 2801 Network Blvd #300, Frisco, TX 75034-1881 |
| 18722717 | + | Genesis Networks Telecom Svc.LLC, c/o Laurie Rea, Trustee, 300 Throckmorton St. #520, Ft. Worth, TX 76102-2929 |
| 18722718 | + | Genesis Networks Telecom Svcs, c/o Laurie Rea, Trustee, 300 Throckmorton St. #520, Ft. Worth, TX 76102-2929 |
| 18722720 | + | Goodman Investment Holdings, LLC, 1354 N Loop 1604 # #103, San Antonio, TX 78232-1342 |
| 18722721 | + | Goodman Networks, Inc., c/o Scott Seidel, Trustee, 6505 W. Park Blvd. #306, Plano, TX 75093-6212 |
| 18722722 | + | Goodman Networks, Inc., c/o Davor Rukavina, 500 N.Akard #3800, Dallas, TX 75201-6659 |
| 18722723 | + | Gordon Green/Woodforest NatBk, 1717 N. Main St. #3000, Dallas, TX 75201-4335 |
| 18722725 | + | Greater Tech Holdings, Inc.., P. O. Box 2371, Fredericksburg, TX 78624-1921 |
| 18722727 | + | HSB Holdings,LLC, c/o Paul T. Elkins, 100 Throckmorton St. #1500, Ft. Worth, TX 76102-2845 |
| 18722726 | + | Haynes & Boone, 2801 N. Harwood St. #2300, Dallas, TX 75201-2754 |
| 18722728 | + | Hudson Clean Energy Ent. LLC, c/o Michael Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722739 | | JPMCB Card Services, P O Box 15353, Wilmington, DE 19850 |
| 18722732 | + | Jake Goodman, c/o Anna K. MacFarlane, 2161 NW Military Hwy #400, San Antonio, TX 78213-1844 |
| 18722733 | + | James Frinzi, c/o Paul T. Elkins, 100 Throckmorton St. #1500, Ft. Worth, TX 76102-2845 |
| 18722734 | + | James Goodman, Jr., c/o Anna K McFarlane, 2161 NW Military Hwy #400, San Antonio, TX 78213-1844 |
| 18722735 | + | James Roeder, Indiv. & as Trustee, EquityTrstCo./J.O.RoederRoth IRA, c/o C. Dixon Mosty, 222 Sidney Baker South #400, Kerrville, TX 78028-5983 |
| 18722736 | + | Janet Casciato-Northrup, Trustee, Greater Tech Holdings, Inc., 1201 Louisiana #2800, Houston, TX 77002-5607 |
| 18722737 | | Jonathan Goodman, c/o Anna K. MacFarlane, 2161NW Military Hwy #400, San Antonio, TX 78213 |
| 18722740 | + | Judith Auerbach, 50 Lawrence Ave., Lawrence, NY 11559-1436 |
| 18722743 | + | MBG Holdings, Inc., 4301 Westbank Dr. B 100, Austin, TX 78746-6564 |
| 18722741 | + | Mark Castillo, 901 Main St. #5500, Dallas, TX 75202-3767 |
| 18722742 | + | Mark Petrocchi, 2200 Forest Park Blvd., Ft. Worth, TX 76110-1732 |
| 18722744 | + | Micah McKinney, Trustee, Michah McKinney Trust, c/o C. Dixon Mosty, 222 Sidney Baker South #400, Kerrville, TX 78028-5983 |
| 18722745 | + | Neil Auerbach, c/o Michael Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722746 | + | Prosperity Bancshares,Inc., 4295 San Felipe, Houston, TX 77027-2942 |
| 18722747 | + | Prosperity Bank, 1301 N. Mechanic St., El Campo, TX 77437-2633 |

24-10806-smr Doc#14 Filed 07/20/24 Entered 07/20/24 23:23:20 Imaged Certificate of Notice Pg 3 of 4

| District/off: 0542-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 148 | Total Noticed: 69 |

| | | |
|---|---|---|
| 18722748 | + | Randy Bennett, 421 Compton Ave., Irving, TX 75061-6210 |
| 18722749 | + | S. Dylan Pearcy, 503 Ave. A #1119, San Antonio, TX 78215-1272 |
| 18722750 | + | SDLA Courier Services, Inc., 1865 West 222nd St. #B, Torrance, CA 90501-3622 |
| 18722751 | + | Shalom Auerbach, c/o Michael Cancienne, 1980 Post Oak #2300, Houston, TX 77056-3841 |
| 18722752 | + | Steven Zakharyayev, c/o Joseph W. Golinkin, II, 1980 Post Oak Blvd. #2300, Houston, TX 77056-3841 |
| 18722753 | + | The Auerbach Children's Dynasty, Trust, 50 Lawrence St., Lawrence, NY 11559-1436 |
| 18722754 | + | Unified Field Services, Inc., c/o Anna K. MacFarlane, 2161 N.W. Military Hwy #400, San Antonio, TX 78213-1844 |
| 18722756 | + | Vista Bank, c/o Murray Bristol, 10440 N.CentralExpressway #800, Dallas, TX 75231-2264 |
| 18722757 | + | Whitaker Chalk Swindle &Schwartz, 301 Commerce St. #3500, Ft. Worth, TX 76102-4135 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Jul 19 2024 02:13:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jul 18 2024 22:24:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18722695 | + | Email/Text: maci.sartain@anb.com | Jul 18 2024 22:23:00 | Amarillo National Bank, c/o Clint R. Latham, P. O. Box 1, Amarillo, TX 79105-0001 |
| 18722714 | | EDI: BANKAMER | Jul 19 2024 02:13:00 | FIA/Bank of America, Bankruptcy Dept. NC4-105-03-14, 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 18722699 | + | EDI: BANKAMER2 | Jul 19 2024 02:13:00 | Bank of America, P. O. Box 17237, Wilmington, DE 19886-0001 |
| 18722701 | + | EDI: CAPONEAUTO.COM | Jul 19 2024 02:13:00 | Capital One Auto Finance, P. O Box 259407, Plano, TX 75025-9407 |
| 18724193 | + | EDI: AISACG.COM | Jul 19 2024 02:13:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 18722705 | + | EDI: CITICORP | Jul 19 2024 02:13:00 | Citibank, P O Box 6217, Sioux Falls, SD 57117-6217 |
| 18722706 | + | EDI: CITICORP | Jul 19 2024 02:13:00 | Citicards, P O Box 6500, Sioux Falls, SD 57117-6500 |
| 18722707 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 22:29:33 | Credit One Bank, P O Box 98872, Las Vegas, NV 89193-8872 |
| 18722715 | ^ | MEBN | Jul 18 2024 22:22:31 | Freedom Mortgage, 951W. Tamato Rd., #175, Boca Raton, FL 33431-4444 |
| 18722724 | + | EDI: FJSNORTHRUP.COM | Jul 19 2024 02:13:00 | Greater Tech Holdings, Inc., c/o Janet Casciato-Nortrup, 1201 Louisiana #2800, Houston, TX 77002-5607 |
| 18722731 | | EDI: IRS.COM | Jul 19 2024 02:13:00 | Internal Revenue Service, Attn: District Counsel, 300 E. 8th Street, Austin, TX 78701 |
| 18722738 | | EDI: JPMORGANCHASE | Jul 19 2024 02:13:00 | JPMCB Card Services, P O Box 15369, Wilmington, DE 19850 |
| 18722755 | | Email/Text: USBANK_bkmail@ecf.epiqsystems.com | Jul 18 2024 22:23:00 | US Bank Home Mortgage, 2800 Tamarack Rd., Owensboro, KY 42301 |
| 18722758 | + | Email/Text: ebankruptcy@woodforest.com | Jul 18 2024 22:24:00 | Woodforest National Bank, P. O. Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 16

| District/off: 0542-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2024 | Form ID: 148 | Total Noticed: 69 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18722729 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Attn: Special Procedures Group, 300 E. 8th St., STOP 5022 AUS, Austin, TX 78701 |
| 18722730 | *+ | Internal Revenue Service, Special Procedures Insolv.Sec., P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2024      Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adam Michael Langley | on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. adam.langley@butlersnow.com |
| John Patrick Lowe | pat.lowe.law@gmail.com plowe@ecf.axosfs.com |
| Martin Seidler | on behalf of Debtor John Andrew Goodman marty@seidlerlaw.com ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 4