**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: July 19, 2024.



_____
SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin DIVISION

IN RE: JOHN ANDREW GOODMAN

Case No.: 24-10806-SR-7

Chapter: 7

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by R. Campbell Hillyer ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious.

ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of Fedex Supply Chain Logistics & Electronics, Inc. in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###

R. Campbell Hillyer
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38819
Telephone (901) 680-7326
Fax (901) 680-7201
cam.hillyer@butlersnow.com

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 24-10806-smr

John Andrew Goodman     Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 1
Date Rcvd: Jul 19, 2024     Form ID: pdfintp     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2024:**

**Recip ID**     **Recipient Name and Address**
db     + John Andrew Goodman, 1008 Middle Creek Road, Fredericksburg, TX 78624-7009

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2024 at the address(es) listed below:

**Name**     **Email Address**

Adam Michael Langley
    on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. adam.langley@butlersnow.com

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

Martin Seidler
    on behalf of Debtor John Andrew Goodman marty@seidlerlaw.com
    ecf@seidlerlaw.com;LAWOFFICESOFMARTINSEIDLER@jubileebk.net

Robert Campbell Hillyer
    on behalf of Creditor Fedex Supply Chain Logistics & Electronics Inc. cam.hillyer@butlersnow.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 5