**BUTLER SNOW LLP**
Adam M. Langley (TN Bar No. 030492)
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Telephone: (901) 680-7316
adam.langley@butlersnow.com

*Admitted Pro Hac Vice on 7/19/24 as*
*Counsel for Fedex Supply Chain Logistics*
*& Electronics, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| JOHN ANDREW GOODMAN | § | Case No. 24-10806-SR-7 |
| | § | |
| Debtor. | § | |
| | § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR SERVICE OF NOTICES AND PLEADINGS

**PLEASE TAKE NOTICE** that Adam M. Langley of Butler Snow LLP appears on behalf of Fedex Supply Chain Logistics & Electronics, Inc. as counsel in the above-captioned chapter 7 case (the "**Chapter 7 Case**") and pursuant to rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure and sections 342 and 1109(b) (if applicable) of the United States Code requests that notices of all hearings and conferences and service of all papers in the Chapter 7 Case be served upon the undersigned attorney as follows:

Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN 38119
Attention: Adam M. Langley
Telephone: (901) 680-7316
Facsimile: (901) 680-7201
E-mail: adam.langley@butlersnow.com

88665107.v1

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes, without limitation, any and all pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders, other documents, and notices whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, or otherwise filed in the Chapter 7 Case.

RESPECTFULLY SUBMITTED this 22nd day of July 2024.

By: */s/ Adam M. Langley*
Adam M. Langley
Butler Snow LLP
6075 Poplar Avenue, Suite 500
Memphis, TN  38119
Attention:  Adam M. Langley
Telephone: (901) 680-7316
Facsimile: (901) 680-7201
E-mail: adam.langley@butlersnow.com

88665107.v1

**CERTIFICATE OF SERVICE**

I, Adam M. Langley, certify that the foregoing *Notice of Appearance and Request for Service of Notices and Pleadings* was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically.

Dated: July 22, 2024.

                                                      */s/ Adam M. Langley*
                                                      ADAM M. LANGLEY