# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 24−10806−smr

Chapter No.: 7

Judge: Shad Robinson

IN RE: **John Andrew Goodman** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at  Austin Courtroom 1, Homer Thornberry Judicial Bldg., 903 San Jacinto, Austin, TX 78701

on  **8/20/24 at 01:30 PM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 29 Motion for Relief from Stay (Filing Fee: $199.00) filed by Adam Michael Langley for Creditor Fedex Supply Chain Logistics & Electronics, Inc. (Attachments: #1 Exhibit Order Approving Multi−Party Settlement #2 Exhibit Order Denying Motion to Reconsider #3 Exhibit Second Amended Complaint − FSCLE Action #4 Exhibit Parties for Service #5 Proposed Order)) Hearing Scheduled For 8/20/2024 at 01:30 PM at Austin Courtroom 1 (Boyd, Laurie) . The debtor must file a response within **14 DAYS** from the date of service of the above motion. If a response is **NOT** timely filed, **NO HEARING WILL BE HELD** and the relief requested in the motion will be granted after the expiration date. Prior court approval through CM/ECF is required to appear by WebEx or by phone for this hearing.

Dated: 7/30/24

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Hearing Notice (BK)−TMD] [NtchrgBKtmdap]