

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 06, 2024.**

_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | **CASE NO. 24-10806** |
| **JOHN ANDREW GOODMAN** | § | |
| | § | |
| **DEBTOR** | § | **CHAPTER 7** |

**ORDER GRANTING DEBTOR'S MOTION FOR**
**ENLARGEMENT OF TIME IN WHICH TO FILE SCHEDULES**
**AND <u>STATEMENT OF FINANCIAL AFFAIRS</u>**

Pending before the Court is the Debtor's Motion for Enlargement of Time in which to File Schedules and Statement of Financial Affairs. It is accordingly,

ORDERED that the Debtor's Motion for Enlargement of Time in which to File Schedules and Statement of Financial Affairs shall be and the same is hereby granted. The time by which the Debtor shall be required to file its schedules and statement of financial affairs is hereby enlarged through August 10, 2024.

# # #

SUBMITTED BY:

Martin Seidler
11107 Wurzbach Rd. #504
San Antonio, Texas 78230
Email: marty@seidlerlaw.com