## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                                  §

JOHN ANDREW GOODMAN                      §          CASE NO. 24-10806

DEBTOR                                   §          CHAPTER 7


## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS


The schedules of Assets and Liabilities and Statement of Financial Affairs filed in this case were prepared in accordance with 11 U.S.C. §521 and Rule 1007 of the Bankruptcy Rules of Procedure based upon the documents currently available to the debtor and are true and correct to the best of the debtor's knowledge and belief.

Both the debtor and his minor son suffered from serious cases of Covid -19, which in part were reasons for the delays in filing the debtor's schedules. The debtor's ill health also impaired his ability, to some extent, to recall some remote financial transactions. The debtor has obtained hundreds of pages of business and financial records from third parties which took some time to secure which the debtor has not had time to fully review with his counsel in order to revise his bankruptcy schedules and statement of financial affairs.

The schedules contain creditors from the matricies of several affiliated companies now in bankruptcy for notice purposes only without dollar amounts as these are contingent and disputed and may not have any valid claims.

The debtor is in the midst of a divorce. The parties have separated and live apart. She has not initially fully cooperated with the debtor in terms of his document requests from her. She has been sued by the Chapter 7 Trustee and has resigned as Trustee of her two childrens' trusts, her father's trust and the parties' marital homestead trust. The debtor's spouse works and has her own bank account(s) to which the debtor does not have access. The debtor's schedules and statement of financial affairs  do no reflect his spouse's income or expense or assets in her possession or transfers by her, except as stated therein due to his continued lack of access.

Two of the debtor's bank accounts were closed in the years before filing and electronic access was terminated.  One was closed by the debtor's estranged spouse and the bank was denied the debtor access as he was not a signatory on the account when it was closed.

The debtor has  made reasonable efforts to have his estranged spouse request the bank records on accounts in her name which were formerly joint accounts from which the debtor was  a signatory but removed and later closed by such spouse.  The debtor has received some of those statements from one of those accounts.  He has not received any of her personal account records for which he has never had access.  He will supplement his schedules and statement of financial affairs once these are received and reviewed  by he and his counsel.

Although the debtor has made reasonable efforts to ensure that the schedules and statements are accurate and completely based upon information that was available at the time of preparation, subsequent information or discovery thereof may result in material changes to the schedules and statements, and inadvertent errors and omissions may exits.

Despite his reasonable efforts the debtor may not have listed all of his causes of action or potential causes of action against third parties as assets in his schedules and statements, including without limitation, avoidance actions arising under Chapter 5 of the Bankruptcy Code and actions under other relevant non-bankruptcy laws to recover assets.

To protect the privacy rights of the debtor, his children, his father in law, the debtor's estranged wife and their trusts, the full names of the trusts have been redacted in both the schedules and statement of financial affairs.  Full copies of each trust agreements have been furnished to the Chapter 7 Trustee and his counsel.

These Global Notes and Statements of Limitations, Methodology and Disclaimers regarding the debtor's schedules and statements pertain to and are incorporated by reference in and comprise integral parts of ALL of the schedules and statements.

| | | | |
|---|---|---|---|
| **Fill in this information to identify your case:** | | | |

Debtor 1          **John**            **Andrew**          **Goodman**
                  First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name        Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number         **24-10806**
(if known)

☑ Check if this is an amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy                04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:     Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**
    ☑ Married
    ☐ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☑ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☐ No
    ☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | John Andrew Goodman | | Case number (if known) | 24-10806 |
|---|---|---|---|---|

## Part 2:  Explain the Sources of Your Income

**4.** **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $575,000.00 (est.) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For last calendar year:<br>(January 1 to December 31, **2023** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $453,948.37 (est.) | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, **2022** )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $727,054.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | |

**5.** **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☐ No
☑ Yes.  Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| From January 1 of the current year until the date you filed for bankruptcy: | truck sale | $25,000.00 | | |
| For last calendar year:<br>(January 1 to December 31, **2023** )<br>YYYY | | | | |
| For the calendar year before that:<br>(January 1 to December 31, **2022** )<br>YYYY | interest/G2sale<br>dividends<br>MBE sale | $300,025.00<br>$12.00<br>$10,000.00 | | |

Debtor 1    **John Andrew Goodman**        Case number (if known)   **24-10806**

---

**Part 3:**    **List Certain Payments You Made Before You Filed for Bankruptcy**

6.   **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☑ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

☐ No.   Go to line 7.

☑ Yes.   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No.   Go to line 7.

☐ Yes.   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Cadillac Financial**<br>Creditor's name<br>**P. O. Box 78141**<br>Number   Street<br><br>**Phoenix**    **AZ**    **85062**<br>City    State    ZIP Code | monthly | $2,172.76 | $110,254.63 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Bank of America**<br>Creditor's name<br>**P. O. Box 17237**<br>Number   Street<br><br>**Wilmington**    **DE**    **19886**<br>City    State    ZIP Code | monthly | $1,700.00 | $67,000.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Capital One Auto Finance**<br>Creditor's name<br>**P. O Box 259407**<br>Number   Street<br><br>**Plano**    **TX**    **75025**<br>City    State    ZIP Code | monthly | $900.00 | $43,437.30 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1 __John Andrew Goodman_____ Case number (if known) __24-10806__

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| __Citibank__<br>Creditor's name<br>__P O Box 6217__<br>Number     Street<br><br>__Sioux Falls__     __SD__   __57117__<br>City                State   ZIP Code | monthly | $1,200.00 | $50,613.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| __Prosperity Bank__<br>Creditor's name<br>__1301 N. Mechanic St.__<br>Number     Street<br><br>__El Campo__     __TX__   __77437__<br>City                State   ZIP Code | monthly | $12,000.00 | $1,820,000.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| __JPMCB Card Services__<br>Creditor's name<br>__P O Box 15369__<br>Number     Street<br><br>__Wilmington__     __DE__   __19850__<br>City                State   ZIP Code | monthly | $4,000.00 | $20,421.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| __US Bank Home Mortgage__<br>Creditor's name<br>__2800 Tamarack Rd.__<br>Number     Street<br><br>__Owensboro__     __KY__   __42301__<br>City                State   ZIP Code | monthly | $2,711.00 | $391,373.93 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| __various other paid in the ordinary__<br>Creditor's name<br>__course of the debtor's business  and__<br>Number     Street<br>__personal affairs__<br><br>City                State   ZIP Code | | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| __Amazon__<br>Creditor's name<br><br>Number     Street<br><br>City                State   ZIP Code | 3/27/24 | $4,696.99 | | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

Debtor 1 __John Andrew Goodman__      Case number (if known) __24-10806__

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number   Street <br><br> **Fredericksburg**   **TX**   **78624** <br> City   State   ZIP Code | **2/24** | **$38,000.00** | | **Temporary support** |
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number   Street <br><br> **Fredericksburg**   **TX**   **78624** <br> City   State   ZIP Code | **4/2/24** | **$27,000.00** | | **Temporary support** |
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number   Street <br><br> **Fredericksburg**   **TX**   **78624** <br> City   State   ZIP Code | **4/5/24** | **$2,000.00** | | **Temporary support** |
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number   Street <br><br> **Fredericksburg**   **TX**   **78624** <br> City   State   ZIP Code | **3/27/24** | **$3,000.00** | | **Temporary support** |

| Debtor 1 | John Andrew Goodman | | | Case number (if known) | 24-10806 |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Cayenne Goodman | 3/21/24 | $6,525.00 | | Temporary support |
| Insider's name | | | | |
| 123 Feather Way | | | | |
| Number    Street | | | | |
| Fredericksburg    TX    78624 | | | | |
| City    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Cayenne Goodman | 4/15/24 | $2,000.00 | | Temporary support |
| Insider's name | | | | |
| 123 Feather Way | | | | |
| Number    Street | | | | |
| Fredericksburg    TX    78624 | | | | |
| City    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Cayenne Goodman | 4/12/24 | $1,300.00 | | Temporary support |
| Insider's name | | | | |
| 123 Feather Way | | | | |
| Number    Street | | | | |
| Fredericksburg    TX    78624 | | | | |
| City    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| GTH Holdings, Inc. | 4/3/24 | $23,500.00 | | IOF Tax Fees for GTH Holdings for a potential loan from AWAL and Linkbridge Financial |
| Insider's name | | | | |
| Janet Casciato-Northrup, Trustee | | | | |
| Number    Street | | | | |
| 1201 Louisiana #2800 | | | | |
| Houston    TX    77002 | | | | |
| City    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Cayenne Goodman | 5/1/24 | $1,000.00 | | Temporary support |
| Insider's name | | | | |
| 123 Feather Way | | | | |
| Number    Street | | | | |
| Fredericksburg    TX    78624 | | | | |
| City    State    ZIP Code | | | | |

Debtor 1    **John Andrew Goodman** _____    Case number (if known)  **24-10806** _____

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number    Street <br><br> **Fredericksburg**    **TX**    **78624** <br> City    State    ZIP Code | **4/29/24** | **$2,000.00** | | **Temporary support** |
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number    Street <br><br> **Fredericksburg**    **TX**    **78624** <br> City    State    ZIP Code | **4/17/24** | **$2,000.00** | | **Temporary support/living exp.** |
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number    Street <br><br> **Fredericksburg**    **TX**    **78624** <br> City    State    ZIP Code | **6/21/24** | **$1,000.00** | | **Temporary support/living exp.** |
| **Cayenne Goodman** <br> Insider's name <br> **123 Feather Way** <br> Number    Street <br><br> **Fredericksburg**    **TX**    **78624** <br> City    State    ZIP Code | **various over the last year in various amounts including car payments to third parties and living expense.** | | | **Temporary support/household expense, vehicle payments, insurance, clothing, etc./debtor is separated from his spouse/divorce pending/and has paid support which is ongoing pending resolution of the case.** |
| **Jonathan Goodman** <br> Insider's name <br> **137 Eagle Landing** <br> Number    Street <br><br> **Belton**    **TX**    **76513** <br> City    State    ZIP Code | **8/30/23** | **$35,000.00** | **$0.00** | **loan repayment (within 30 days of original loan)** |

| Debtor 1 | **John Andrew Goodman** | | Case number (if known) | **24-10806** |
| --- | --- | --- | --- | --- |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No

   ☑ Yes.  List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
| --- | --- | --- | --- | --- |
| **JAG 1 Trust (redacted)/J.Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br><br>**Fredericksburg**        **TX**    **78624**<br>City                State    ZIP Code | **monthly** | **$3,288.33** | **$586,629.90** | **Debtor paid Freedom Mortgage /Arvest payments due on the note secured by the purchase money deed of trust on 2852 Persimmon Ridge Ct., Bryan, TX held in the name of his daughter's trust  on which he was the note maker and remains responsible** |
| **JAG 1 Trust (redacted)/J.Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br><br>**Fredericksburg**        **TX**    **78624**<br>City                State    ZIP Code | **various dates and amounts 2023:<br>taxes: $14961.00<br>insurance:<br>$1840.00<br>HOA:<br>$2916.00** | | | **Debtor paid  property taxes and home owner's insurance  on 2852 Persimmon Ridge Ct., Bryan, TX held in the name of his daughter's trust  on which he was the note maker and remains responsible. Debtor is responsible for these payment under the deed of trust.** |
| **JAG 2 Trust (son's trust name redacted)**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br><br>**Fredericskbug**        **TX**    **78654**<br>City                State    ZIP Code | **monthly mortgage 2023:<br>(HOA and taxes annually in separate amounts)<br>HOA:$3000.00<br>Tax:$7223.62** | **$2,711.72** | **$391,373.93** | **debtor made mortgage, tax and HOA fee payments on 701 Coastline, Pt. Aransas, TX to U.S. Bank, Nueces County and HOA (taxes and HOA annually)** |
| **See replies to #18 below**<br>Insider's name<br><br>Number    Street<br><br><br><br>City                State    ZIP Code | | | | |

Debtor 1    **John Andrew Goodman** _____     Case number (if known) **24-10806**

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **All Seasons Rental**<br>Insider's name | | $6,654.16 | | **birthday party for daughter and her friend** |
| Number     Street | 4/11/24 | | | |
| **Horseshoe Bay**      **TX**<br>City                State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust (daughter's trust -redacted)**<br>Insider's name | | $6,500.00 | | **Payment to trust for Trust HOA fees** |
| **1008 Middle Creek Rd.**<br>Number     Street | 4/15/24 | | | |
| **Fredericksburg**     **TX**    **78624**<br>City                State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Sdla Courier Services, Inc.**<br>Insider's name | | $13,000.00 | | **Payment to A. Basumatarava for services rendered to the company later reimbursed in June to the debtor.** |
| Number     Street | 5/9/24 | | | |
| **Torrance**          **CA**<br>City                State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Sdla Courier Services, Inc.**<br>Insider's name | | $5,181.32 | | **Payment to Zapata Aviation for aviation services rendered to the company later reimbursed in May to the debtor.** |
| Number     Street | 4/22/24 | | | |
| **Torrance**          **CA**<br>City                State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Greater Tech Holdings, LLC**<br>Insider's name | | $1,081,000.00 | $0.00 | **loan IOF (tax fees) to secure credit facility on behalf of GTH (anticipated loan approx. $200,000,000.00)** |
| Number     Street | **May 2023 - July 2023** | | | |
| **Houston**          **TX**<br>City                State     ZIP Code | | | | |

Debtor 1    **John Andrew Goodman**                                                    Case number (if known)    **24-10806**

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 2 Trust (redacted)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**     **TX**     **78624**<br>City                State    ZIP Code | **2023** | **$30,000.00** | **$0.00** | **bought boat for son's trust** |
| **JAG 2 Trust (redacted)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**     **TX**     **78624**<br>City                State    ZIP Code | **9/23** | **$87,000.00** | | **F-150 truck purchased for sons' trust.**<br>**Minor son needed transporation to and from school** |
| **debtor's minor son**<br>Insider's name<br><br>Number    Street<br><br><br>City                State    ZIP Code | **2023** | **$25,000.00** | **$0.00** | **payment of life coaching for son to Todd Dole (life coach)** |
| **JAG 1 Trust (redacted)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**     **TX**     **78624**<br>City                State    ZIP Code | **9/1/23** | **$50,000.00** | | **Partial prepayment of real estate lien note on property in Bryan, TX in daughter's trust to Arvest** |
| **JAG 1 Trust /JAG 2 Trust**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**     **TX**     **78624**<br>City                State    ZIP Code | **2023** | | **$1,590,371.77** | **Debtor paid Security State Bank & Trust for mortgage on 618-620 E. San Antonio St, Fredericksburg, TX jointly owned by each trust: 2023: interest $43,927.99 (debtor guaranteed note); 2023 taxes: $11,374.30** |

Debtor 1  **John Andrew Goodman**                                      Case number (if known)  **24-10806**

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust (redacted)/J. Goodman**<br>Insider's name | **2023** | | | **HOA: $9,968.84**<br>**Taxes: $6,660.64**<br>**for trust property loated at**<br>**102 S. First Ave.,Sandpoint,**<br>**ID 83864** |
| **1008 Middle Creek Rd.**<br>Number      Street | | | | |
| **Fredericksburg**      **TX**      **78624**<br>City                        State    ZIP Code | | | | |

|  | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust (redacted)/J. Goodman**<br>Insider's name | **2022** | **$50,000.00** | | **Transferred 2021 Ford**<br>**Bronco to daughter's trust** |
| **1008 Middle Creek Rd.**<br>Number      Street | | | | |
| **Fredericksburg**      **TX**      **78624**<br>City                        State    ZIP Code | | | | |

---

**Part 4:**    **Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐ No
    ☑ Yes.  Fill in the details.

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Amarillo National Bank**<br><br><br>Case number **111762 B CV** | **suit on debt - Judgment - Receiver wrongfully appointed in violation of the automatic stay after this case was filed with notice of the filing. (See reply to #12 below).** | **181st Dist. Court, Potter County TX.**<br>Court Name<br>**501 S. Fillmore St.**<br>Number      Street<br><br>**Amarillo**      **TX**      **79101**<br>City                        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **FedEx Supply Chain Logistics & Electronics, Inc.**<br><br><br>Case number **3:23 CV 02397** | **fraud** | **U.S. Dist Ct. N. Dist. Texas**<br>Court Name<br>**1100 Comerce St. #1452**<br>Number      Street<br><br>**Dallas**      **TX**      **75242**<br>City                        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| **Vista Bank v. TechDash Telecom, LLC et. al.**<br><br><br>Case number **DC23-16418** | **Breach of contract/Guarantee** | **191 St. Judicial Dist Court, Dallas Cty.TX**<br>Court Name<br>**600 Commerce St./ #103**<br>Number      Street<br><br>**Dallas**      **Tx**      **75202**<br>City                        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1  **John Andrew Goodman**                          Case number (if known)  **24-10806**

| Case title | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Woodforest National Bank v. Goodman** | suit on debt - Judgment | **457th Judicial District Crt.** <br> Court Name <br> **P. O. Box 2985** <br> Number   Street | ☐ Pending <br> ☐ On appeal <br> ☑ Concluded |
| Case number  **23-09-14382** | | **Conroe**      **TX**     **7730** <br> City      State    ZIP Code | |
| **In the matter of the marriage of Cayenne  Goodman and John A. Goodman** | divorce | **Gillespie County Court at law** <br> Court Name <br> **101 W. Main St.** <br> Number   Street | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| Case number  **24-17690 CCL** | | **Fredericksburg**   **TX**    **78624** <br> City       State   ZIP Code | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

☑ No
☐ Yes. Fill in the details.

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

☐ No
☑ Yes

## Part 5:   List Certain Gifts and Contributions

13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **JAG 1 Trust (daughter's trust redacted)** <br> Person to Whom You Gave the Gift <br> **1008 Middle Creek Rd.** <br> Number   Street <br><br> **Frederickburg**   **TX**   **78624** <br> City       State   ZIP Code <br><br> Person's relationship to you **Daughter** | 2852 Persimmon Ridge Ct.., Bryan, TX (value in 2023, subject to $599,920.00 lien in favor of American Federal Mortgage Company. Original cost $750,000.00. | **May 8, 2023** | **$150,000.00** |

Debtor 1 __John Andrew Goodman__   Case number (if known) __24-10806__

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

__See reply to number 8 above__
Person to Whom You Gave the Gift

_____
Number    Street

_____

_____
City              State      ZIP Code

Person's relationship to you _____

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

__Jordan Piel__
Person to Whom You Gave the Gift

**Describe the gifts**
**Help with household expenses on various dates and amounts including those below (these far exceed $600.00 in the last two years)**

Dates: **7/24**   Value: **$900.00**

_____
Number    Street

_____

__Troy__              __TX__
City              State      ZIP Code

Person's relationship to you __Daughter__

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

__JAG 2 Trust (son's trust - name redacted__
Person to Whom You Gave the Gift

**Describe the gifts**
**701 Coastline, Pt. Aransas, TX  Value of $600,000.00 less mortgage of $480,000.00**

Dates: **10/23**   Value: **$124,357.05**

__1008 Middle Creek Rd.__
Number    Street

_____

__Fredericksburg__   __TX__   __78624__
City              State      ZIP Code

Person's relationship to you __Son__

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

__debtor's middle daughter (JAG 1)__
Person to Whom You Gave the Gift

**Describe the gifts**
**various expenses paid on behalf of debtor's daughter including some college expense and living expense as well  over $10,000.00 for 2023 and part of 2024.**

__1008 Middle Creek Rd.__
Number    Street

_____

__Fredericksburg__   __TX__   __78624__
City              State      ZIP Code

Person's relationship to you __Daughter__

Debtor 1 __John Andrew Goodman__                                    Case number (if known) __24-10806__

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| __debtor's minor son (JAG2)__<br>Person to Whom You Gave the Gift | various expenses paid on behalf of debtor's son including school expense  and living expense as well as other monetary gifts more | | |
| __1008 Middle Creek Rd.__<br>Number    Street | than $600.00, including a computer for school for $4,000+ and monthly medical expense  paid on his behalf (for non-covered medicines). (over $36,000 per year) | | |
| __Fredericksburg__     __TX__     __78624__<br>City             State       ZIP Code | | | |

Person's relationship to you __Son__

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| __JAG 2 Trust (son's trust - name redacted__<br>Person to Whom You Gave the Gift | 2022 Lowe fishing Boat and 2023 F150 Truck (money obtained from home equity loan) | __8/23 (boat)__ | __$25,000.00__ |
| __1008 Middle Creek Rd.__<br>Number    Street | | __9/23 (truck)__ | __$87,000.00__ |
| __Frederickburg__     __TX__     __78624__<br>City             State       ZIP Code | | | |

Person's relationship to you __Son__

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes.  Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| __St. Vincent DePaul Thrift Shop__<br>Charity's Name | various items of clothing/furniture and home decor | __2022__ | __$6,300.00__ |
| __610 W. Live Oak St.__<br>Number    Street | | | |
| __Fredericksburg__          __TX__<br>City                    State       ZIP Code | | | |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| __Matthew 10 Ministries__<br>Charity's Name | donation | __1/24__ | __$3,000.00__ |
| Number    Street | | | |
| __Dallas__          __TX__<br>City                    State       ZIP Code | | | |

Debtor 1    **John Andrew Goodman**                                    Case number (if known)  __24-10806__

| Part 6: | List Certain Losses |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **debtor's Fredericksburg, Tx. homestead damaged in hail storm in summer of 2023.** | **Home owner's carrier paid part of the lost and $32,362.15 to lienholder, Prosperity Bank, pending use for repairs. There may be supplemental claims for additional damages, depending on the cost of repairs not yet made. Exact amounts total unknown. See reply to # 12 above.** | **2023** | **$50,000.00** |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **loan IOF (tax fees) to secure credit facility on behalf of GTH ( for anticipated loan approx. $200,000,000.00). Theft loss.  Fraud claim against AWAL et. al. in Bahrain** | **none** | **May/July, 2023** | **$1,081,000.00** |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **Claim against BCG Capital  Partners - Ricky Valdez for purchase of online lending platform never delivered or interest in any company (fraud and breach of contract claim) (monies paid in July and Sept. 2023)** | **None** | **July,sept.2023** | **$71,035.00** |

Debtor 1    **John Andrew Goodman**                                    Case number (if known)  **24-10806**

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **LAW OFFICES OF MARTIN SEIDLER** <br> Person Who Was Paid | | | |
| **One Elm Place, Suite 504** <br> Number      Street | | **07/09/2024** | **$15,000.00** |
| **11107 Wurzbach Road** | | | |
| **San Antonio**          **TX**    **78230** <br> City                    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **JAG 1 Trust (daughter's trust redacted)** <br> Person Who Received Transfer | **2852 Persimmon Ridge, Bryan, TX (downpayment of $150,000 by debtor)** <br> **see reply to #13 above.** | **Gift** | **5/23** |
| **1008 Middle Creek Rd.** <br> Number      Street | | | |
| ' | | | |
| **Fredericskburg**        **TX**    **78624** <br> City                    State    ZIP Code | | | |
| Person's relationship to you **Daughter** | | | |

Debtor 1 __John Andrew Goodman__     Case number (if known) __24-10806__

| | | | |
|---|---|---|---|
| **G2 Construction Svs & Shane Gibson**<br>Person Who Received Transfer<br><br>**3303 Shell Rd. Suite 4**<br>Number   Street<br><br><br>**Georgetown**    **TX**    **78628**<br>City     State   ZIP Code<br><br>Person's relationship to you **Member of LLC** | **Description and value of property transferred**<br><br>**51% interest in G2 Construction Services, Inc.** | **Describe any property or payments received or debts paid in exchange**<br><br>**$300,000.00** | **Date transfer was made**<br><br>**12/2022** |
| **Johnathan Goodman**<br>Person Who Received Transfer<br><br>Number   Street<br><br><br>**Belton**    **TX**<br>City     State   ZIP Code<br><br>Person's relationship to you **Brother** | **Description and value of property transferred**<br><br>**sold interest in Goodman MBE Group, LP. and Goodman MBE Group, GP** | **Describe any property or payments received or debts paid in exchange**<br><br>**$10,000.00** | **Date transfer was made**<br><br>**9/22** |
| **JAG 2 Trust (son's trust name redacted)**<br>Person Who Received Transfer<br><br>**1008 Middle Creek Rd.**<br>Number   Street<br><br><br>**Fredericksburg**    **TX**    **78624**<br>City     State   ZIP Code<br><br>Person's relationship to you **insider** | **Description and value of property transferred**<br><br>**701 Coastline, Pt. Aransas, Tx worth $585,000.00 purchased for trust with downpayment made by debtor and balance secured by deed of trust lien** | **Describe any property or payments received or debts paid in exchange**<br><br>**see above** | **Date transfer was made**<br><br>**2023** |
| **see replies to #19 below**<br>Person Who Received Transfer<br><br>Number   Street<br><br><br>City     State   ZIP Code<br><br>Person's relationship to you _____ | **Description and value of property transferred**<br><br>**for notice purposes only see replies to #19 below.** | **Describe any property or payments received or debts paid in exchange** | **Date transfer was made** |
| **Ewald Kubota**<br>Person Who Received Transfer<br><br>Number   Street<br><br><br>**Fredericksburg**    **TX**<br>City     State   ZIP Code<br><br>Person's relationship to you **None** | **Description and value of property transferred**<br><br>**sold Kubotoa skid steer for $46,000 to Kubota dealer** | **Describe any property or payments received or debts paid in exchange**<br><br>**see above** | **Date transfer was made**<br><br>**7/23** |

Debtor 1  **John Andrew Goodman**                                     Case number (if known)  **24-10806**

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See replies to 15 above.** <br> Person Who Received Transfer <br><br> Number    Street <br><br><br> City                    State    ZIP Code <br> Person's relationship to you _____ | | | _____ |
| **Joseph (Jody) Goodman** <br> Person Who Received Transfer <br><br> **37 Old Fredericksburg Rd.** <br> Number    Street <br><br><br> **Boerne**        **TX**    **78015** <br> City                    State    ZIP Code <br><br> Person's relationship to you **Brother** | Description and value of property transferred <br><br> **sold 1968 Chevy truck for $25,000.00** | Describe any property or payments received or debts paid in exchange <br><br> **see above** | Date transfer was made <br><br> **4/24** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☐ No
☑ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| **J & C Trust (name redacted)** | **701 Coastline, Pt. Aransas, TX  (unimproved lot) purchased in the name of  (J & C Trust - name redacted) (subsequently transferred to The JAG 2 Trust (name redacted son's trust) 11/13/23)** | **12/15/22** |
| **J & C Trust (name redacted)** | **1008 Middle Creek Rd., Fredericksburg, TX. 78624 (debtors' homestead originally purchased in the name of the trust in 2015)** | **2015** |
| **See responses to #8 and 13 above** | Description and value of the property transferred | Date transfer was made <br><br> _____ |

Debtor 1 __John Andrew Goodman__ Case number (if known) __24-10806__

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **JP Morgan Chase Bank**<br>Name of Financial Institution<br>**(wife took over account, removed debtor**<br>Number      Street<br>**'s name and then closed it)**<br>**San Antonio          TX**<br>City          State     ZIP Code | XXXX- **4   7   9   1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **bal at closing unknown** | **2024** | **$366.00** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells  Fargo Bank**<br>Name of Financial Institution<br><br>Number      Street<br><br><br>**San Antonio          TX**<br>City          State     ZIP Code | XXXX-__ __ __ __ | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **2023** | |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes. Fill in the details.

Debtor 1    **John Andrew Goodman**                                   Case number (if known)   **24-10806**

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
☑ Yes.  Fill in the details.

| Where is the property? | | Describe the property | Value |
|---|---|---|---|
| **JAG 1 Trust-8/24/15  (name redacted)** <br> Owner's Name <br><br> **1008 Middle Creek Rd.** <br> Number    Street | <br><br><br> Number    Street | **Trust established for debtor's daughter of which debtor is co-trustee with his his spouse Cayenne Sone Goodman.** | **$2,850,000.00** |
| **Fredericksburg    TX    78624** <br> City               State    ZIP Code | **Bryan        TX** <br> City              State    ZIP Code | **Lot 19, Block 1, the Traditions subdiv. Phase 8A, city of Bryan, Brazos County, Texas. ( 2852 Persimmon Ridge Ct. Bryan, TX. (house) ($700,000)** | |

**101 S. First Ave., Vintage Ct., Suite 200-202, Sandpointe,  ID (3 units) (900,000)**

**1/2 undivided interest in 618-620 E.  San Antonio St., Fredericksburg, TX (empty lot) (1,250,000)**

**2021 Ford Bronco (35000) Bank Account approx (2788.06)**

**These are gross amounts excluding secured debt.**

Debtor 1 __John Andrew Goodman__    Case number (if known) __24-10806__

| Where is the property? | Describe the property | Value |
|---|---|---|
| | | |

__JaG-2 Trust (name redacted) : 8/24/2(__
Owner's Name

__1008 Middle Creek Rd.__
Number     Street

_____

__Fredericksburg__    __TX__   __78624__
City                State   ZIP Code

Where is the property?

__Pt. Aransas.Tx, Sandpointe, ID__
Number     Street

__and__
_____

__Fredericksburg__    __TX__
City                State   ZIP Code

Describe the property

**Trust established for debtor's son of which debtor is co-trustee with his his spouse Cayenne Sone Goodman.**

**Lot 1, Block 4, Cinnamon Shore S. Unit 5, a subdivision in Mustang Island, Nueces County, TX. (701 Coastline, Port Aransas, TX)(vacant lot) (580,000)**

**3370 N. Kootnaie Rd., Sandpointe, ID 83864 (house) (1,900,000)**

**1/2 undivided interest in 618-620 E.  San Antonio St., Fredericksburg, TX (empty lot)(1,250,000)**

**2023 F 150 Ford Truck (60000)**
**Bank account (approx. $386.07)**

**2022 Lowe Fishing Boat (25000)**

**These are gross amounts excluding secured debt.**

Value

**$3,819,386.07**

---

Where is the property?

__Jacob Soni Trust__
Owner's Name

__1008 Middle Creek Rd.__
Number     Street

_____

__Fredericksburg__    __TX__
City                State   ZIP Code

Where is the property?

__502 S. Huron Ave.__
Number     Street

_____

__Sandpointe__    __ID__
City           State   ZIP Code

Describe the property

**502 S. Huron Ave., Sandpointe, ID   (house) and trailer  (702,000)**

**Bank account approx (76.89)**

**(Debtor's wife's father's trust)**

**These are gross amounts excluding secured debt.**

Value

**$702,076.89**

---

Where is the property?

__J & C Trust (name redacted)__
Owner's Name

__1008 Middle Creek Rd.__
Number     Street

_____

__Fredericksburg__    __TX__
City                State   ZIP Code

Where is the property?

__1008 Middle Creek Rd.__
Number     Street

_____

__Fredericksbrg__    __TX__   __78624__
City               State   ZIP Code

Describe the property

**1008 Middle Creek, Fredericksburg, TX including insurance coverage, claims and claims proceeds of such coverage.**

**These are gross amounts excluding secured debt.**

Value

**$3,800,000.00**

Debtor 1   **John Andrew Goodman**                          Case number (if known) __24-10806__

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **debtor's minor son**<br>Owner's Name | | **.308 scoped rilfe (owned by debtor's minor son)** | **$500.00** |
| **1008 Middle Creek Rd.**<br>Number   Street | **1008 Middle Creek Rd.**<br>Number   Street | | |
| **Fredericksburg   TX   78624**<br>City           State   ZIP Code | **Fredkericksburg   TX   78624**<br>City           State   ZIP Code | | |

## Part 10:   Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Fill in the details.

25.  **Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

26.  **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| Debtor 1 | John Andrew Goodman | Case number (if known) | 24-10806 |
|---|---|---|---|

## Part 11:  Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☑ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

- ☐ No. None of the above applies. Go to Part 12.
- ☑ Yes. Check all that apply above and fill in the details below for each business.

---

**Goodman Brothers Enterprises, Inc.**
Business Name

**P. O. Box 1515**
Number     Street

**Belton          TX     76513**
City                State   ZIP Code

Describe the nature of the business
**Holding company general partners of Goodman Brothers, LP**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 4  1 – 2  0  4  7  2  0  8

Dates business existed

From    2003    To    2024

---

**G2 Construction Services, Inc.**
Business Name

**1008 Middle Creek Rd.**
Number     Street

**Fredericksburg    TX    78624**
City                State   ZIP Code

Describe the nature of the business
**construction company  (debtor transferred his interest in 2023)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  3 – 4  0  5  0  9  6  1

Dates business existed

From    2019    To    2023

---

**Goodman Brothers, LP**
Business Name

**1008 Middle Creek Rd.**
Number     Street

**Fredericksburg    TX    78624**
City                State   ZIP Code

Describe the nature of the business
**limited partner of Goodman Brothers Enterprise, Inc.**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 4  1 – 2  0  4  7  2  1  5

Dates business existed

From    2003    To    2024

---

**Goodman MBE Group, LP**
Business Name

**c/o Johnathan Goodman**
Number     Street

**Belton          TX**
City                State   ZIP Code

Describe the nature of the business
**consulting (debtor transferred his interest in 9/22)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  2 – 1  4  2  8  2  5  0

Dates business existed

From    2017    To    2024

---

Debtor 1 __John Andrew Goodman_____    Case number (if known) __24-10806_____

__Greater Tech Holdings, LLC__
Business Name

__c/o Janet Casciato-Northrup Trustee__
Number    Street

__1201 Louisiana, Suite 2800__

__Houston__          __TX__  __77002__
City              State  ZIP Code

Describe the nature of the business
**telecommunications services (in bankruptcy)(same as Goodman Telecom Holdings, LLC and ( Debauche OSP, LLC - Techdash Telecom, LLC and Techdash Communications, LLC - subsidiaries)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _8_ _5_ – _1_ _3_ _9_ _6_ _9_ _3_ _3_

Dates business existed

From ____2020____  To ____2024____

---

__Goodman Networks, Inc.__
Business Name

__c/o Scott Seidel, Trustee__
Number    Street

__6505 W. Park Blvd #306__

__Plano__          __TX__  __76093__
City              State  ZIP Code

Describe the nature of the business
**telecommunications services  (in bankruptcy)(Debtor transferred his interest in 2022 as part of Goodman MBE GP sale)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _7_ _4_ – _2_ _9_ _4_ _9_ _4_ _6_ _0_

Dates business existed

From ____2020____  To ____2024____

---

__B & R Joker Adventures, LLC__
Business Name

__1008 Middle Creek Road__
Number    Street

__Fredericksburg__   __TX__  __78624__
City              State  ZIP Code

Describe the nature of the business
**aircraft rental**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _8_ _4_ – _5_ _1_ _5_ _9_ _3_ _6_ _5_

Dates business existed

From ____2019____  To ____2023____

---

__Goodman MBE Group GP, LLC & LP__
Business Name

__c/o Johnathan Goodman__
Number    Street

__Belton__          __TX__
City              State  ZIP Code

Describe the nature of the business
**consulting  (debtor transferred his interest in 9/22)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _8_ _2_ – _1_ _4_ _7_ _8_ _5_ _7_ _4_

Dates business existed

From ____2017____  To ____2022____

---

__Techdash Telecom, LLC f/k/a Goodm__
Business Name

__c/o Randy Williams,  trustee__
Number    Street

__7924 Broadway #104__

__Pearland__        __TX__  __77581__
City              State  ZIP Code

Describe the nature of the business
**telecommunications**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: _8_ _5_ – _5_ _1_ _5_ _9_ _3_ _6_ _5_

Dates business existed

From ____2020____  To ____2024____

---

__John Goodman__
Business Name

__1008 Middle Creek Rd.__
Number    Street

__Fredericksburg__   __TX__
City              State  ZIP Code

Describe the nature of the business
**consulting**

Name of accountant or bookkeeper
**Forvis**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From ____2015____  To ____2024____

---

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 24

Debtor 1    __John Andrew Goodman__                                        Case number (if known)   __24-10806__

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| __CSL Investments, LLC__ | **investment** | Do not include Social Security number or ITIN. |
| Business Name | | |

EIN: _9_ _9_ – _1_ _0_ _7_ _9_ _0_ _2_ _0_

__1008 Middle Creek Rd.__                    Name of accountant or bookkeeper
Number    Street                             **Forvis**                        Dates business existed

From        __2022__        To        __2024__

__Fredericksburg__      __TX__
City                State    ZIP Code

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| __John Goodman__ | **consulting and management** | Do not include Social Security number or ITIN. |
| Business Name | | |

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

__1008 Middle Creek Rd.__                    Name of accountant or bookkeeper
Number    Street                             **Forvis**                        Dates business existed

From        __2015__        To        __2024__

__Fredericksburg__      __TX__    __78624__
City                State    ZIP Code

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business?  Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes.  Fill in the details below.

Date issued

__Woodforest National Bank__        _____
Name

__P. O. Box 7889__
Number    Street

__The Woodlands__        __TX__    __77387__
City                State    ZIP Code

Date issued

__Vista Bank__        _____
Name

__5840 W. Northwest Highway__
Number    Street

__Dallas__        __TX__    __75225__
City                State    ZIP Code

Date issued

__Amarillo National Bank__        _____
Name

__P. O. Box 1__
Number    Street

__Amarillo__        __TX__    __79105__
City                State    ZIP Code

Debtor 1    **John Andrew Goodman**                                    Case number (if known) __**24-10806**__

**Date issued**

**Arvest Bank**
Name

**P. O. Box 799**
Number    Street


**Lowell**              **AR**      **72745**
City                    State    ZIP Code

**Date issued**

**U. S. Bank**
Name

**P. O. Box 0807**
Number    Street


**St. Paul**            **MN**      **55170**
City                    State    ZIP Code

**Date issued**

**Prosperity Bank**
Name

**4295 San Felipe**
Number    Street


**Houston**             **TX**      **77027**
City                    State    ZIP Code

Debtor 1     **John Andrew Goodman**                     Case number (if known) __**24-10806**__

| Part 12: | Sign Below |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct.  I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  _/s/ John Andrew Goodman_                     X  _____
John Andrew Goodman, Debtor 1                     Signature of Debtor 2

Date  _10/17/24_                                        Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes.  Name of person _____     Attach the  *Bankruptcy Petition Preparer's Notice, Declaration, and Signature*  (Official Form 119).

Official Form 107          **Statement of Financial Affairs for Individuals Filing for Bankruptcy**          page 27