# UNITED STATES BANKRUPTCY COURT
## *Western District of Texas*
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

*Barry D. Knight*
*CLERK OF COURT*

(512) 916-5237

DATE: November 5, 2024

Martin Seidler
11107 Wurzbach Rd #504
San Antonio TX 78230

**FILED**

NOV 05 2024

U.S. BANKRUPTCY COURT
BY_____DEPUTY

**RE: Exhibits**
   Bankruptcy Case No.: **24-10806-smr**
   Case Style: John Andrew Goodman

Dear Mr Seidler:

A final order was entered on 10/11/24 regarding the following contested matters:

**Doc. #58 Motion for relief from stay**

Exhibits that were submitted to the Court for consideration are no longer necessary as a dispositive order has been entered.

Please notify the Bankruptcy Court Clerk's Office in order to retrieve the exhibits, submitted by you, no later than **11/15/24** If we do not hear from you by this date, your exhibits will be destroyed by the Bankruptcy Clerk's Office without further notice.

Barry D. Knight
Clerk, U. S. Bankruptcy Court

BY: Laurie Boyd

---

511 E. San Antonio Avenue, Suite 444
El Paso, Texas 79901
(915) 779-7362

615 E. Houston Street, Suite 597
San Antonio, Texas 78205
(210) 472-6720

800 Franklin Avenue, Suite 140
Waco, Texas 76701
(254) 750-1513

[Exhibits Letter] [Ltrex]