IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| JOHN ANDREW GOODMAN | § | Case No. 24-10806-SMR |
| | § | Chapter 7 |
| Debtor. | § | |
| | § | |

**AGREED MOTION TO EXTEND DEADLINE TO FILE A
COMPLAINT PURSUANT TO 11 U.S.C. § 523 AND/OR 11 U.S.C. § 727**

FedEx Supply Chain Logistics & Electronics, Inc. ("FSCLE") by its undersigned counsel, respectfully submits this agreed motion ("Motion") for entry of an order granting an extension of time to February 28, 2025 for FSCLE to file a complaint (i) objecting to the discharge of John Andrew Goodman (the "Debtor") pursuant to 11 U.S.C. § 727 and/or (ii) objecting to the dischargeability of the FSCLE debt pursuant to 11 U.S.C. § 523(c) pursuant to Federal Rules of Bankruptcy Procedure 4004(b), 4007, and 9006 and Local Rule 9014(d)(3). In support of this request, the FSCLE states as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (J).

2. On July 10, 2024, the Debtor filed this bankruptcy case under Chapter 7 of Bankruptcy Code. John Patrick Lowe (the "Trustee") was appointed to serve as Trustee in the case and continues to serve in that capacity. The meeting of creditors was held pursuant to 11 U.S.C. § 341 (the "341 Meeting") on August 15, 2024, and is continued to December 16, 2024. Doc. No. 122.

3. The current bar date for filing complaints under 11 U.S.C. §§ 523(c) and 727 is December 15, 2024. This motion is timely filed pursuant Fed R. Bankr. P. 4004(b). 4004(b). While this motion is pending, the Court should not grant a discharge to Debtor. Fed R. Bankr. P. 4004(c)(1)(E).

4. The Debtor has already agreed to the same extension and relief requested in this motion with the U.S. Trustee and the Trustee. *See* Doc. No. 138.

5. Fed R. Bankr. Bankruptcy Procedure 9006(b)(3) specifically provides that a court may enlarge the periods for filing complaints objecting to discharge pursuant to Fed. R. Bankr. P. 4004(a) and 4007(c).

6. Local Rule 9014(d) provides that motions to enlarge time pursuant to Fed. R. Bankr. P. 9006 may be granted without a hearing.

7. On December 3, 2024, Debtor's counsel informed counsel for FSCLE by email that the Debtor agreed to the requested extension to February 28, 2025.

8. Cause exists in this case to enlarge the periods for filing complaints pursuant to Fed. R. Bankr. P. 4004(a) and 4007(c) and the requested extension is not sought for the purpose of delay.

Wherefore, FSCLE requests the Court extend the deadline for FSCLE to file a complaint objecting to the discharge of the Debtor pursuant to 11 U.S.C. § 727 and/or object to the dischargeability of the FSCLE debt pursuant to 11 U.S.C. § 523(c) to February 28, 2025 and for such other and further relief as the Court deems appropriate in this matter.

Dated: December 3, 2024

                                        Respectfully submitted,

                                        **BUTLER SNOW LLP**

                                        */s/ R. Campbell Hillyer*
                                        R. Campbell Hillyer (admitted pro hac vice)
                                        Adam M. Langley (admitted pro hac vice)
                                        6075 Poplar Avenue, Suite 500
                                        Memphis, TN  38119
                                        Telephone: (901) 680-7236
                                        adam.langley@butlersnow.com
                                        cam.hillyer@butlersnow.com
                                        *Attorneys for FSCLE*

## **CERTIFICATE OF CONFERENCE**

      I hereby certify that on December 3, 2024, I conferred with counsel for the Debtor via email and he informed me that the Debtor agrees to the request by FSCLE for an extension of time to file a complaint objecting to the discharge of the Debtor pursuant to 11 U.S.C. § 727 and/or object to the dischargeability of the FSCLE debt pursuant to 11 U.S.C. § 523(c) to February 28, 2025.

                                        */s/ R. Campbell Hillyer*
                                        R. Campbell Hillyer

**AGREED:**

*/s/ Martin Seidler*
Martin Seidler #18000800
**Law Offices of Martin Seidler**
One Elm Place, Suite E-504
11107 Wurzbach Rd.
San Antonio, Texas 78230
***Counsel for the Debtor***

## Certificate of service

       I hereby certify that a true and correct copy of the foregoing Motion and proposed order were served upon the parties listed below in the manner indicated, and/or by electronic means for all Pacer system participants on December 3, 2024.

Martin Seidler
LAW OFFICES OF MARTIN SEIDLER
11107 Wurzbach, Suite 504
One Elm Place
San Antonio, Texas 78230
marty@seidlerlaw.com
*Attorney for Debtor*

John Patrick Lowe
240 East Main Street
Uvalde, Texas 78801
Pat.lowe.law@gmail.com
*Trustee*

Brian Talbot Cumings
GRAVES DOUGHERTY HEARON
& MOODY, PC
401 Congress Ave
Suite 2700
bcumings@gdhm.com
*Attorneys for the Trustee*

Office of the United States Trustee
Kevin Epstein, United States Trustee
Southern and Western Districts of Texas
Shane P. Tobin
Trial Attorney
903 SAN JACINTO BLVD., ROOM 230
AUSTIN, TX 78701
Shane.P.Tobin@usdoj.gov

                                                  */s/ R. Campbell Hillyer*
                                                  R. Campbell Hillyer