| Debtor 1 | **John** | **Andrew** | **Goodman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)  **24-10806**

☑ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1:  Summarize Your Assets

|  | | Your assets Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B.................... | **$3,500,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B................ | **$2,907,739.89** |
| | 1c. Copy line 63, Total of all property on Schedule A/B.................... | **$6,407,739.89** |

## Part 2:  Summarize Your Liabilities

|  | | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... | **$5,629,149.94** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F................ | **$0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............ + | **$133,324,859.00** |
| | Your total liabilities | **$138,954,008.94** |

## Part 3:  Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I.................... | **$18,000.00** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J.................... | **$38,514.71** |

Debtor 1 **John Andrew Goodman**     Case number (If known) __24-10806__

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:*

   **Total claim**

   **From Part 4 on** *Schedule E/F,* **copy the following:**

   9a. Domestic support obligations. (Copy line 6a.)     _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)     _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)     _____

   9d. Student loans. (Copy line 6f.)     _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)     _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)     + _____

   9g. **Total.** Add lines 9a through 9f.     _____

**Fill in this information to identify your case and this filing:**

| Debtor 1 | John | Andrew | Goodman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)   **24-10806**

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

| | | |
|---|---|---|
| **1.1.** | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| **1008 Middle Creek Road, Fredericksburg, TX 78624 1008 Middle Creek Road, Fredericksburg, TX 78624 (house held in family living trust - J & C Trust (name redacted). This is the debtor's trust)** | ☑ Single-family home ☐ Duplex or multi-unit building ☐ Condominium or cooperative ☐ Manufactured or mobile home ☑ Land ☐ Investment property ☐ Timeshare ☐ Other _____ | **Current value of the entire property?** $3,500,000.00 **Current value of the portion you own?** $3,500,000.00 |
| **Gillespie** County | **Who has an interest in the property?** Check one. ☐ Debtor 1 only ☐ Debtor 2 only ☐ Debtor 1 and Debtor 2 only ☑ At least one of the debtors and another | **Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known. **Fee simple** ☑ Check if this is community property (see instructions) |
| | Other information you wish to add about this item, such as local property identification number: _____ | |

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.............................................. ➔ | **$3,500,000.00** |

**Part 2:**   **Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.    **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1.

| Make: | **F250** | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|

Make: **F250**
Model: **Ford**
Year: **2020**
Approximate mileage: **70,000**
Other information:
**2020 F250 Ford (approx. 70,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $35,000.00 | $35,000.00 |

3.2.

Make: **Cadillac**
Model: **Escalade**
Year: **2021**
Approximate mileage: **77,000**
Other information:
**2021 Cadillac Escalade (approx. 77,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $58,000.00 | $58,000.00 |

3.3.

Make: **Cadillac**
Model: **Escalade**
Year: **2024**
Approximate mileage: **20,000**
Other information:
**2024 Cadillac Escalade (approx. 20,000 miles)**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $105,000.00 | $105,000.00 |

4.    **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☐ No
☑ Yes

4.1.

Make: **Utility trailer**
Model:
Year: **2015**
Other information:
**2015 Utility trailer**

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $300.00 | $300.00 |

5.    **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here**....................................➔     **$198,300.00**

| **Part 3:** | **Describe Your Personal and Household Items** |

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe.....  | Household goods, supplies and furnishings |    **$20,000.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....  | 5 tvs, 1 printers, 6 computers, and misc. electronics, 3 cell phones, children's games, x box |    **$4,000.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....  | |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☐ No
   ☑ Yes. Describe.....  | golf clubs and bag, treadmill, weight sets and misc. excercise equipment, fishing rods and gear, camping gear, tent, sleeping bags, etc., 3 bicycles, |    **$1,000.00**

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.....  | .380 pistol, AR-15 rifle with ammo and cleaning supplies, .308 scoped rifle (son's) |    **$1,400.00**

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....  | Clothing |    **$2,500.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe.....  | Jewelry, wedding rings, 2 watches, cufflinks and misc. jewelry |    **$5,000.00**

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☐ No
    ☑ Yes. Describe.....  | 4 dogs |    **$2,000.00**

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes.  Give specific
   information............ 

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here**.................................................................................. ➔ | **$35,900.00** |

## Part 4:    Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

*Current value of the portion you own?*
*Do not deduct secured claims or exemptions.*

16. **Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes.....................................................................................................  Cash: ........................ | **$200.00** |

17. **Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes............................  Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Checking account: | **Checking account JPMorgan Chase ending in 6729** | $909.11 |
| 17.2. | Checking account: | **Checking account  Applied Bank #0262** | $11,725.67 |
| 17.3. | Checking account: | **Checking account  (separated spouse's sole management community property, including support payments)(not property of the debtor's estate)** | **Unknown** |
| 17.4. | Other financial account: | **Other financial account coinbase** | $1.22 |
| 17.5. | Other financial account: | **Other financial account Paypal** | $0.00 |
| 17.6. | Other financial account: | **Other financial account Cash app** | $0.00 |
| 17.7. | Other financial account: | **Other financial account Venmo** | $7.75 |

18. **Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes............................  Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ☑ Yes.  Give specific
   information about
   them........................  Name of entity:                           % of ownership:

| Name of entity: | % of ownership: | |
|---|---|---|
| **CSL Investments, LLC** | **100%** | $500.00 |
| **Greater Tech Holdings, Inc. (Bankruptcy case number 24-32818, S.D.Tex.)** | **41.96%** | $0.00 |
| **Goodman Brothers Enterprises, Inc.  (General partner of Goodman Brothers, LP)** | **20%** | $11,000.00 |

| | | |
|---|---|---|
| DeBauche OSP Communications, LLC (in bankruptcy case number 24-32817, S.D. Tex)(owned by Greater Tech Holdings, Inc) | | $0.00 |
| Techdash Telecom, LLC f/k/a Goodman Telecom Services, LLC owned by Greater Tech Holdings, Inc. (Bankruptcy case number 24-32820, S.D. Tex) | 41.96% | $0.00 |
| Goodman Brothers, LP | 20% | $1,100,000.00 |
| Techdash Communications LLC  owned by Greater Tech Holdings, Inc.  (Bankruptcy case number 24-32819, S.D. Tex.) | 0% | $0.00 |
| Interest in Outlaw Game Partner  (original investment $270,000) stock or tokens never received)  company reincorporated in Dubai | 3.235% | Unknown |
| GDMN Family Investments 2, LLC | 50% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them........................... Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately.    Type of account:    Institution name:

| | |
|---|---|
| 401(k) or similar plan: **401(k) Gryphon Healthcare, LLC** | $55.63 |
| 401(k) or similar plan: **401(k) Empower** | $70,678.51 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes........................... Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes........................... Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes........................... Institution name and description.  Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☐ No
☑ Yes. Give specific information about them

| | |
|---|---|
| See continuation page(s). | Unknown |

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific
      information about them

27. Licenses, franchises, and other general intangibles
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes. Give specific
      information about them   | See continuation page(s).   |         **Unknown**

**Money or property owed to you?**

Current value of the
portion you own?
Do not deduct secured
claims or exemptions.

28. Tax refunds owed to you

    ☐ No
    ☑ Yes. Give specific information   | Federal: Potential loss carryback to 2021 from 2023 1040 |  Federal:  **$300,000.00**
      about them, including whether     | return subject to setoff for outstanding 2021 1040 taxes  |  State:   **$0.00**
      you already filed the returns     | (estimated, could well exceed this amount).  Amt:         |  Local:   **$0.00**
      and the tax years...........       | $300,000.00

29. Family support
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information

    Alimony:
    Maintenance:
    Support:
    Divorce settlement:
    Property settlement:

30. Other amounts someone owes you
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
    compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information   | See continuation page(s).   |   **$102.00**

31. Interests in insurance policies
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance
      company of each policy
      and list its value...............

    | Company name: | Beneficiary: | Surrender or refund value: |
    | --- | --- | --- |
    | **$2,000,000 term life policy** | **children's trusts** | **$1.00** |

|  |  |  |
|---|---|---|
| **Potential claims for coverage under D & O insurance policies issued to and owned by Goodman Networks (now in bankruptcy)( and GTH, Inc.) (now in bankruptcy)(including but not limited to claims for wrongful acts and negligence, damages and costs of defense and for reimbursement for costs of defense). These companies include: Federal Ins., QE Insurance, Continental Casualty, The Hanover Insurance and Westchester.  (amounts undetermined at this time)** | the debtor | Unknown |
| **Homeowner's policy on Fredericksburg, TX homestead along with claims for hail damage from hailstorm summer of 2023 including partial payment of insurance proceeds paid to debtor's secured home lender Prosperity Bank which currently holds $32,362.15 in partial claims proceeds earmarked for roof repairs to the home.  (the claims will exceed this amount)  There may be supplemental claims arsing from the same storm damage.  (Exact amounts are undermined at this time but all are claimed as exempt under the unlimited homestead and insurance code exemptions.** | debtor and nondebtor spouse | Unknown |

32. **Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

   ☑ No
   ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

   ☐ No
   ☑ Yes. Describe each claim.......  **See continuation page(s).**                                   $1,152,035.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

   ☐ No
   ☑ Yes. Describe each claim........  **Potential counter-claims against FedEx Supply Chain Logistics & Electronics, Inc. Ex #3:23CV 02397S, U. S. District Court, N.D.Tex. under Texas Theft Liability Act (exact amount unknown, including attorney's fees and costs) and potentially other undetermined claims.**    Unknown

35. **Any financial assets you did not already list**

   ☑ No
   ☐ Yes. Give specific information

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have
attached for Part 4. Write that number here.................................................................................➔  | $2,658,539.89 |

## Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned

☑ No
☐ Yes.  Describe.. [                              ]  _____

39. Office equipment, furnishings, and supplies
*Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones,
desks, chairs, electronic devices

☑ No
☐ Yes.  Describe.. [                              ]  _____

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

☑ No
☐ Yes.  Describe.. [                              ]  _____

41. Inventory

☑ No
☐ Yes.  Describe.. [                              ]  _____

42. Interests in partnerships or joint ventures

☑ No
☐ Yes.  Describe.....  Name of entity:                        % of ownership:

43. Customer lists, mailing lists, or other compilations

☑ No
☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

☐ No
☐ Yes.  Describe.... [                            ]  _____

44. Any business-related property you did not already list

☑ No
☐ Yes.  Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have
attached for Part 5.  Write that number here.................................................................................➔  | $0.00 |

**Part 6:    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47.  **Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

48.  **Crops--either growing or harvested**

☑ No
☐ Yes.  Give specific information................

49.  **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....

50.  **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....

51.  **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes.  Give specific information................

52.  Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here.................................................................................➜    $0.00

**Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No
☑ Yes.  Give specific information.

Riding lawnmower with attachments, generator/ welder, misc. power and handtools, weedeater, ladders (3), hoses, compressor, leaf blower, spreaders, extension cords, sprinkler and plumbing repair tools and parts, paint, fertilzer, yard chemicals, gas cass, large commerical storage container, etc..                                                    $15,000.00

54.  Add the dollar value of all of your entries from Part 7. Write that number here.............................➜    $15,000.00

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55.  Part 1: Total real estate, line 2 ........................................................................................................➜  __$3,500,000.00__

56.  Part 2: Total vehicles, line 5                              __$198,300.00__

57.  Part 3: Total personal and household items, line 15       __$35,900.00__

58.  Part 4: Total financial assets, line 36                    __$2,658,539.89__

59.  Part 5: Total business-related property, line 45           __$0.00__

60.  Part 6: Total farm- and fishing-related property, line 52  __$0.00__

61.  Part 7: Total other property not listed, line 54      +    __$15,000.00__

62.  Total personal property.   Add lines 56 through 61 .................  __$2,907,739.89__   Copy personal property total  ➜  + __$2,907,739.89__

63.  Total of all property on Schedule A/B.   Add line 55 + line 62 .............................................................  __$6,407,739.89__

25. **Trusts, equitable or future interests in property (details):**

Interest in J & C Trust (name redacted) (value already included in Schedule A 1.1)(homestead qualifying trust) — Unknown

Interest in J & C Trust (name redacted) (same as homestead qualifying trust above but misnamed) — Unknown

27. **Licenses, franchises, and other general intangibles (details):**

8 San Antonio Spurs season tickets and 4 parking passes  (limited games - not full season) — $11,324.00

Interest in 12th Man A & M membership — Unknown

30. **Other amounts someone owes you (details):**

Texas Comptroller of Public Accounts - unclaimed funds — $64.00

Texas Comptroller of Public Accounts (unclaimed funds) — $38.00

Reimbursement for monies paid to lender (AWAL and Link Bridge Financial) for IOF loan fees for Greater Tech Holdings, LLC (in Chapter 7 bankruptcy $686,000)(uncollectable) — $0.00

33. **Claims against third parties (details):**

Claim against AWAL and its agents arising from fraudulent loan application and loan IOF (tax fees) to secure credit facility on behalf of GTH ( for anticipated loan approx. $200,000,000.00). Theft loss.  Fraud claim against AWAL et. al. in Bahrain — $1,081,000.00

Claim against BCG Capital  Partners - Ricky Valdez for purchase of online lending platform never delivered or interest in any company (fraud and breach of contract claim) (monies paid in July and Sept. 2023) — $71,035.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **John** | **Andrew** | **Goodman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** | | |
| Case number | **24-10806** | | |
| (if known) | | | |

☑ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1.    **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.    **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**1008 Middle Creek Road, Fredericksburg, TX 78624**<br>**1008 Middle Creek Road, Fredericksburg, TX 78624 (house held in family living trust - J & C  Trust (name redacted).  This is the debtor's trust)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:  __1.1__ | **$3,500,000.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 (Allocated: $1,680,000.00**<br>**100% of fair market value, up to any applicable statutory limit)** |

3.    **Are you claiming a homestead exemption of more than $189,050?**
(Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☑ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

☑ No

☐ Yes

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **1008 Middle Creek Road, Fredericksburg, TX 78624 1008 Middle Creek Road, Fredericksburg, TX 78624 (house held in family living trust - J & C  Trust (name redacted).  This is the debtor's trust) (2nd exemption claimed for this asset)** Line from *Schedule A/B*: **1.1** | $3,500,000.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 41.0021** |
| Brief description: **2020 F250 Ford (approx. 70,000 miles)** Line from *Schedule A/B*: **3.1** | $35,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **2021 Cadillac Escalade (approx. 77,000 miles)** Line from *Schedule A/B*: **3.2** | $58,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **2024 Cadillac Escalade (approx. 20,000 miles)** Line from *Schedule A/B*: **3.3** | $105,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(9) (Allocated: $100,000.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **2015 Utility trailer** Line from *Schedule A/B*: **4.1** | $300.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(3)** |
| Brief description: **Household goods, supplies and furnishings** Line from *Schedule A/B*: **6** | $20,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **5 tvs, 1 printers, 6 computers, and misc. electronics, 3 cell phones, children's games, x box** Line from *Schedule A/B*: **7** | $4,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **golf clubs and bag, treadmill, weight sets and misc. excercise equipment,  fishing rods and gear, camping gear, tent, sleeping bags, etc., 3 bicycles,** Line from *Schedule A/B*: **9** | $1,000.00 | ☐ _____ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code §§ 42.001(a), 42.002(a)(8) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>.380 pistol, AR-15 rifle with ammo and cleaning supplies, .308 scoped rifle (son's)<br>(1st exemption claimed for this asset)<br>Line from *Schedule A/B*:    10 | $1,400.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(7) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit) |
| Brief description:<br>.380 pistol, AR-15 rifle with ammo and cleaning supplies, .308 scoped rifle (son's)<br>(2nd exemption claimed for this asset)<br>Line from *Schedule A/B*:    10 | $1,400.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. §541(d) |
| Brief description:<br>Clothing<br>Line from *Schedule A/B*:    11 | $2,500.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(5) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit |
| Brief description:<br>Jewelry, wedding rings, 2 watches, cufflinks and misc. jewelry<br>Line from *Schedule A/B*:    12 | $5,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(6) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit |
| Brief description:<br>4 dogs<br>Line from *Schedule A/B*:    13 | $2,000.00 | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code §§ 42.001(a), 42.002(a)(11) (Allocated: $0.00 100% of fair market value, up to any applicable statutory limit |
| Brief description:<br>Checking account  (separated spouse's sole management community property, including support payments)(not property of the debtor's estate)<br>(1st exemption claimed for this asset)<br>Line from *Schedule A/B*:    17.3 | Unknown | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code § 42.001(b)(3) |
| Brief description:<br>Checking account  (separated spouse's sole management community property, including support payments)(not property of the debtor's estate)<br>(2nd exemption claimed for this asset)<br>Line from *Schedule A/B*:    17.3 | Unknown | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Fam. Code § 3.202, 11 U.S.C. § 541(c)(2) |
| Brief description:<br>CSL Investments, LLC<br>Line from *Schedule A/B*:    19 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Bus. Org. Code § 101.112 |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description: **Goodman Brothers, LP** Line from *Schedule A/B*:   **19** | $1,100,000.00 | ☑ $1,020,000.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Bus. Org. Code § 153.256** |
| Brief description: **GDMN Family Investments 2, LLC** Line from *Schedule A/B*:   **19** | $0.00 | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Bus. Org. Code § 101.112** |
| Brief description: **401(k) Gryphon Healthcare, LLC** Line from *Schedule A/B*:   **21** | $55.63 | ☑ $55.63 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021** |
| Brief description: **401(k) Empower** Line from *Schedule A/B*:   **21** | $70,678.51 | ☐ ☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 42.0021 (Allocated: $70,678.51 100% of fair market value, up to any applicable statutory limit)** |
| Brief description: **Interest in J & C Trust (name redacted) (value already included in Schedule A 1.1) (homestead qualifying trust) (1st exemption claimed for this asset)** Line from *Schedule A/B*:   **25** | Unknown | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |
| Brief description: **Interest in J & C Trust (name redacted) (value already included in Schedule A 1.1) (homestead qualifying trust) (2nd exemption claimed for this asset)** Line from *Schedule A/B*:   **25** | Unknown | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. §541(d)** |
| Brief description: **Interest in J & C Trust (name redacted) (value already included in Schedule A 1.1) (homestead qualifying trust) (3rd exemption claimed for this asset)** Line from *Schedule A/B*:   **25** | Unknown | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 41.0021** |
| Brief description: **Interest in J & C Trust (name redacted) (same as homestead qualifying trust above but misnamed) (1st exemption claimed for this asset)** Line from *Schedule A/B*:   **25** | Unknown | ☑ $0.00 ☐ 100% of fair market value, up to any applicable statutory limit | **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002** |

| Part 2: | Additional Page |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
| --- | --- | --- | --- |
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Interest in J & C Trust (name redacted) (same as homestead qualifying trust above but misnamed) (2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __25__ | **Unknown** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. §541(d)** |
| Brief description:<br>**Interest in J & C Trust (name redacted) (same as homestead qualifying trust above but misnamed) (3rd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __25__ | **Unknown** | ☑ __$0.00__<br>☐ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 41.0021** |
| Brief description:<br>**$2,000,000 term life policy**<br>Line from *Schedule A/B*: __31__ | **$1.00** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: $1.00 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Potential claims for coverage under D & O insurance policies issued to and owned by Goodman Networks (now in bankruptcy)( and GTH, Inc.)(now in bankruptcy) (including but not limited to claims for wrongful acts and negligence, damages and costs of defense and for reimbursement for costs of defense). These companies include: Federal Ins., QE Insurance, Continental Casualty, The Hanover Insurance and Westchester. (amounts undetermined at this time)**<br>Line from *Schedule A/B*: __31__ | **Unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: Unknown 100% of fair market value, up to any applicable statutory limit)** |

| Part 2: | Additional Page |
|---------|-----------------|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Homeowner's policy on Fredericksburg, TX homestead along with claims for hail damage from hailstorm summer of 2023 including partial payment of insurance proceeds paid to debtor's secured home lender Prosperity Bank which currently holds $32,362.15 in partial claims proceeds earmarked for roof repairs to the home. (the claims will exceed this amount) There may be supplemental claims arsing from the same storm damage. (Exact amounts are undermined at this time but all are claimed as exempt under the unlimited homestead and insurance code exemptions.<br>(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **31** | **Unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Ins. Code §§ 1108.001, 1108.051 (Allocated: Unknown 100% of fair market value, up to any applicable statutory limit)** |
| Brief description:<br>**Homeowner's policy on Fredericksburg, TX homestead along with claims for hail damage from hailstorm summer of 2023 including partial payment of insurance proceeds paid to debtor's secured home lender Prosperity Bank which currently holds $32,362.15 in partial claims proceeds earmarked for roof repairs to the home. (the claims will exceed this amount) There may be supplemental claims arsing from the same storm damage. (Exact amounts are undermined at this time but all are claimed as exempt under the unlimited homestead and insurance code exemptions.<br>(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*:    **31** | **Unknown** | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | **Tex. Prop. Code § 41.0021 (Allocated: Unknown 100% of fair market value, up to any applicable statutory limit)** |

## Part 2:    Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |

Brief description:
**Homeowner's policy on Fredericksburg, TX homestead along with claims for hail damage from hailstorm summer of 2023 including partial payment of insurance proceeds paid to debtor's secured home lender Prosperity Bank which currently holds $32,362.15 in partial claims proceeds earmarked for roof repairs to the home.  (the claims will exceed this amount)  There may be supplemental claims arsing from the same storm damage.  (Exact amounts are undermined at this time but all are claimed as exempt under the unlimited homestead and insurance code exemptions.**
**(3rd exemption claimed for this asset)**
Line from *Schedule A/B*: __31__

Current value: **Unknown**
☐
☑ 100% of fair market value, up to any applicable statutory limit

Specific laws: **Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 (Allocated: Unknown**
**100% of fair market value, up to any applicable statutory limit)**

---

Brief description:
**Riding lawnmower with attachments, generator/ welder, misc. power and handtools, weedeater, ladders (3), hoses, compressor, leaf blower, spreaders, extension cords, sprinkler and plumbing repair tools and parts, paint, fertilzer, yard chemicals, gas cass, large commerical storage container, etc..**
Line from *Schedule A/B*: __53__

Current value: **$15,000.00**
☐
☑ 100% of fair market value, up to any applicable statutory limit

Specific laws: **Tex. Prop. Code §§ 42.001(a), 42.002(a)(1) (Allocated: $0.00**
**100% of fair market value, up to any applicable statutory limit)**

Fill in this information to identify your case:

| Debtor 1 | **John** | **Andrew** | **Goodman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

| Case number (if known) | **24-10806** |
|---|---|



☑ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ John Andrew Goodman**          X _____
John Andrew Goodman, Debtor 1              Signature of Debtor 2

Date **02/14/2025**                    Date _____
    MM / DD / YYYY                              MM / DD / YYYY

| Debtor 1 | **John** | **Andrew** | **Goodman** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known)   **24-10806**

☑ Check if this is an
amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/22

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

<table>
<tr><td>Part 1:</td><td>Give Details About Your Marital Status and Where You Lived Before</td></tr>
</table>

1. **What is your current marital status?**
   ☑ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☐ No
   ☑ Yes. Make sure you fill out Schedule H: Your Codebtors (Official Form 106H).

| Part 2: | Explain the Sources of Your Income |
| --- | --- |

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions | Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$648,052.25 (est.)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For last calendar year:**<br>(January 1 to December 31, **2023**)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | **$483,948.37 (est.)** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022**)<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☑ Operating a business | $727,054.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business |  |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ☑ Yes. Fill in the details.

|  | Debtor 1 | | Debtor 2 | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions | Sources of income<br>Describe below. | Gross income<br>from each source<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | truck sale<br>not incl. Trust TFX | $25,000.00 |  |  |
| **For last calendar year:**<br>(January 1 to December 31, **2023**)<br>YYYY | F250/Suburban Sales<br>401K withdrawals<br>Skid Steer sale | $121,000.00<br>$121,937.19<br>$46,000.00 |  |  |
| **For the calendar year before that:**<br>(January 1 to December 31, **2022**)<br>YYYY | interest/G2sale<br>PP prop. sales/int.<br>MBE sale/boat sale | $300,025.00<br>$14,587.00<br>$130,000.00 |  |  |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
| --- | --- |

6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

    ☑ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

           During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?

           ☐ No.  Go to line 7.

           ☑ Yes.  List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

           * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

           During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

           ☐ No.  Go to line 7.

           ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor.  Do not include payments for domestic support obligations, such as child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
| --- | --- | --- | --- | --- |
| **Cadillac Financial**<br>Creditor's name<br>**P. O. Box 78141**<br>Number   Street<br><br>**Phoenix**    **AZ**   **85062**<br>City    State   ZIP Code | monthly | $2,172.76 | $110,254.63 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Bank of America**<br>Creditor's name<br>**P. O. Box 17237**<br>Number   Street<br><br>**Wilmington**    **DE**   **19886**<br>City    State   ZIP Code | monthly | $1,700.00 | $67,000.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Capital One Auto Finance**<br>Creditor's name<br>**P. O Box 259407**<br>Number   Street<br><br>**Plano**    **TX**   **75025**<br>City    State   ZIP Code | monthly | $900.00 | $43,437.30 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Citibank**<br>Creditor's name<br>**P O Box 6217**<br>Number  Street<br><br>**Sioux Falls**  **SD**  **57117**<br>City  State  ZIP Code | monthly | $1,200.00 | $50,613.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Prosperity Bank**<br>Creditor's name<br>**1301 N. Mechanic St.**<br>Number  Street<br><br>**El Campo**  **TX**  **77437**<br>City  State  ZIP Code | monthly | $12,000.00 | $1,820,000.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **JPMCB Card Services**<br>Creditor's name<br>**P O Box 15369**<br>Number  Street<br><br>**Wilmington**  **DE**  **19850**<br>City  State  ZIP Code | monthly | $4,000.00 | $20,421.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **US Bank Home Mortgage**<br>Creditor's name<br>**2800 Tamarack Rd.**<br>Number  Street<br><br>**Owensboro**  **KY**  **42301**<br>City  State  ZIP Code | monthly | $2,711.00 | $391,373.93 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **various other paid in the ordinary**<br>Creditor's name<br>**course of the debtor's business and**<br>Number  Street<br>**personal affairs**<br><br>City  State  ZIP Code | | | | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| **Amazon**<br>Creditor's name<br><br>Number  Street<br><br>City  State  ZIP Code | 3/27/24 | $4,696.99 | | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | John Andrew Goodman | Case number (if known) | 24-10806 |

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| **Arvest Bank** | | **$15,606.67** | **$586,629.90** | ☑ Mortgage |
| Creditor's name | **90 days prepetition** | | | ☐ Car |
| **P. O. Box 799** | | | | ☐ Credit card |
| Number     Street | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| **Lowell**           **AR**    **72745** | | | | ☑ Other _Jag 2 mortgage payr_ |
| City                    State    ZIP Code | | | | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations such as child support and alimony.

   ☐ No
   ☑ Yes.  List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Cayenne Goodman** | | **$38,000.00** | | **Temporary support** |
| Insider's name | **2/24** | | | |
| **123 Feather Way** | | | | |
| Number     Street | | | | |
| **Fredericksburg**     **TX**    **78624** | | | | |
| City                    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Cayenne Goodman** | | **$27,000.00** | | **Temporary support** |
| Insider's name | **4/2/24** | | | |
| **123 Feather Way** | | | | |
| Number     Street | | | | |
| **Fredericksburg**     **TX**    **78624** | | | | |
| City                    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Cayenne Goodman** | | **$2,000.00** | | **Temporary support** |
| Insider's name | **4/5/24** | | | |
| **123 Feather Way** | | | | |
| Number     Street | | | | |
| **Fredericksburg**     **TX**    **78624** | | | | |
| City                    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

| | 3/27/24 | $3,000.00 | | Temporary support |

**Fredericksburg**    **TX**    **78624**
City                  State    ZIP Code

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

| | 3/21/24 | $6,525.00 | | Temporary support |

**Fredericksburg**    **TX**    **78624**
City                  State    ZIP Code

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

| | 4/15/24 | $2,000.00 | | Temporary support |

**Fredericksburg**    **TX**    **78624**
City                  State    ZIP Code

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

| | 4/12/24 | $1,300.00 | | Temporary support |

**Fredericksburg**    **TX**    **78624**
City                  State    ZIP Code

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

**GTH Holdings, Inc.**
Insider's name
**Janet Casciato-Northrup, Trustee**
Number    Street
**1201 Louisiana #2800**

| | 4/3/24 | $23,500.00 | | **IOF Tax Fees for GTH Holdings for a potential loan from AWAL and Linkbridge Financial** |

**Houston**    **TX**    **77002**
City          State    ZIP Code

|  | | | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|---|---|

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

**Fredericksburg**     **TX**     **78624**
City                   State    ZIP Code

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|
| 5/1/24 | $1,000.00 | | Temporary support |

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

**Fredericksburg**     **TX**     **78624**
City                   State    ZIP Code

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|
| 4/29/24 | $2,000.00 | | Temporary support |

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

**Fredericksburg**     **TX**     **78624**
City                   State    ZIP Code

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|
| 4/17/24 | $2,000.00 | | Temporary support/living exp. |

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

**Fredericksburg**     **TX**     **78624**
City                   State    ZIP Code

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|
| 6/21/24 | $1,000.00 | | Temporary support/living exp. |

**Cayenne Goodman**
Insider's name
**123 Feather Way**
Number    Street

**Fredericksburg**     **TX**     **78624**
City                   State    ZIP Code

| Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|
| various over the last year in various amounts including car payments to third parties and living expense. | | | Temporary support/household expense, vehicle payments, insurance, clothing, etc./debtor is separated from his spouse/divorce pending/and has paid support which is ongoing pending resolution of the case. |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Jonathan Goodman**<br>Insider's name<br>**137 Eagle Landing**<br>Number    Street | 8/30/23 | **$35,000.00** | **$0.00** | loan repayment (within 30 days of original loan) |
| **Belton**                **TX**    **76513**<br>City                     State     ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **See attachment**<br>Insider's name<br><br>Number    Street<br><br><br>City                     State    ZIP Code | | | | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

   Include payments on debts guaranteed or cosigned by an insider.

   ☐ No
   ☑ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust (redacted)/J.**Goodman<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**           **TX**    **78624**<br>City                     State     ZIP Code | **2023: insurance: $1840.00** HOA: **$2916.00** | | **$586,629.90** | **Debtor paid home owner's insurance and HOA assessments on 2852 Persimmon Ridge Ct., Bryan, TX held in the name of his daughter's trust on which he was the note maker and remains responsible. Debtor is responsible for these payment under the deed of trust.** |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 2 Trust (son's trust name redacted)**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericskbug**            **TX**    **78654**<br>City                     State     ZIP Code | **monthly mortgage 2023/2024:** (HOA and taxes annually in separate amounts) HOA:**$3000.00 3/24** Tax:**$7775. 2/24** | **$2,711.72** | **$391,373.93** | **debtor made mortgage, tax and HOA fee payments on 701 Coastline, Pt. Aransas, TX to U.S. Bank, Nueces County and HOA (taxes and HOA annually)** |

SOFA #7 SUPPLEMENT #8

| Sum of NET | Column Labels | | |
|---|---|---|---|
| Row Labels | Check | Withdrawal | Grand Total |
| **262** | | **($115,576.20)** | **($115,576.20)** |
| 2024 | | ($115,576.20) | ($115,576.20) |
| **1521** | **($52,684.88)** | **($60,980.75)** | **($113,665.63)** |
| 2021 | ($16,063.50) | | ($16,063.50) |
| 2022 | ($36,621.38) | ($60,980.75) | ($97,602.13) |
| **3634** (TRUST ACT) | **($11,750.11)** | | **($11,750.11)** |
| 2021 | ($11,750.11) | | ($11,750.11) |
| **3774** (TRUST ACT) | **($7,229.50)** | | **($7,229.50)** |
| 2021 | ($3,229.50) | | ($3,229.50) |
| 2022 | ($4,000.00) | | ($4,000.00) |
| **4123** | **($21,755.28)** | **($6,114.27)** | **($27,869.55)** |
| 2022 | ($21,755.28) | ($6,114.27) | ($27,869.55) |
| **4791** | **($7,625.00)** | **($19,874.38)** | **($27,499.38)** |
| 2022 | | ($15,612.48) | ($15,612.48) |
| 2023 | ($7,625.00) | ($4,261.90) | ($11,886.90) |
| **8690** | **($244,606.87)** | **($437,581.52)** | **($682,188.39)** |
| 2022 | ($118,300.97) | ($134,498.26) | ($252,799.23) |
| 2023 | ($126,305.90) | ($303,083.26) | ($429,389.16) |
| **Grand Total** | **($345,651.64)** | **($640,127.12)** | **($985,778.76)** |

**SSBT Checks:**

Checks written from various accounts for Lot Improvements on FBG Lot 618-620 E. San Antonio St., Fredericksburg, TX 78624

**SSBT Withdrawals:**

Electronic Wires/ACHs/Account Transfers/Payments for Property Improvements on FBG Lot 618-620 E. San Antonio St., Fredericksburg, TX 78624

**Total Amount Disbursed:**

Total Amount disbursed was $750k. The total Improvements exceeded this amount resulting in JG and Trusts Supplementing an additional $235k

| Sum of NET | Column Labels |
|---|---|
| Row Labels | Deposit |
| **1521** | **$210,195.84** |
| 2022 | $210,195.84 |
| **8690** | **$528,582.69** |
| 2022 | $39,804.16 |
| 2023 | $488,778.53 |
| **Grand Total** | **$738,778.53** |

Amount Loaned by SSBT was $850k. A additional $750k was loaned for Property Improvements that was disbursed from various accounts for the FBG Lot: 618-620 E. San Antonio, St., Fredericksburg, TX 78624 (*Note: $738k was what was found in the bank statements)*

CONDUIT PAYMENTS FROM TRUST LOAN DEPOSITED INTO DEBTOR'S PERSONAL ACCOUNTS (EXCEPT FOR ACTS # 3634 AND 3774 TRUST ACCOUNTS ABOVE.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| <mark>See replies to #18 and #19 below</mark><br>Insider's name | | | | |
| Number    Street | | | | |
| | | | | |
| City                    State    ZIP Code | | | | |
| **All Seasons Rental**<br>Insider's name | Dates of payment<br>4/11/24 | Total amount paid<br>$6,654.16 | Amount you still owe | Reason for this payment<br>Include creditor's name<br>**birthday party for daughter and her friend** |
| Number    Street | | | | |
| **Horseshoe Bay**          **TX**<br>City                    State    ZIP Code | | | | |
| **JAG 1 Trust (daughter's trust -redacted)**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street | Dates of payment<br>4/15/24 | Total amount paid<br>$6,500.00 | Amount you still owe | Reason for this payment<br>Include creditor's name<br>**Payment to trust for Trust HOA fees** |
| **Fredericksburg**      **TX**   **78624**<br>City                    State    ZIP Code | | | | |
| **Sdla Courier Services, Inc.**<br>Insider's name | Dates of payment<br>5/9/24 | Total amount paid<br>$13,000.00 | Amount you still owe | Reason for this payment<br>Include creditor's name<br>**Payment to A. Basumatarava for services rendered to the company later reimbursed in June to the debtor.** |
| Number    Street | | | | |
| **Torrance**             **CA**<br>City                    State    ZIP Code | | | | |
| **Sdla Courier Services, Inc.**<br>Insider's name | Dates of payment<br>4/22/24 | Total amount paid<br>$5,181.32 | Amount you still owe | Reason for this payment<br>Include creditor's name<br>**Payment to Zapata Aviation for aviation services rendered to the company later reimbursed in May to the debtor.** |
| Number    Street | | | | |
| **Torrance**             **CA**<br>City                    State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Greater Tech Holdings, LLC**<br>Insider's name<br><br>Number    Street | **May 2023**<br>**July 2023** | **$1,081,000.00** | **$0.00** | loan IOF (tax fees) to secure credit facility on behalf of GTH (anticipated loan approx. $200,000,000.00) |
| **Houston**          **TX**<br>City          State    ZIP Code | | | | |
| **JAG 2 Trust (redaced)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street | **8/2023** | **$30,000.00** | **$0.00** | bought boat for son's trust |
| **Fredericksburg**    **TX**    **78624**<br>City          State    ZIP Code | | | | |
| **JAG 2 Trust (redaced)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street | **9/23** | **$90,000.00** | | F-150 truck purchased for sons' trust. Minor son needed transporation to and from school |
| **Fredericksburg**    **TX**    **78624**<br>City          State    ZIP Code | | | | |
| **debtor's minor son**<br>Insider's name<br><br>Number    Street | **2023** | **$43,500.00** | **$0.00** | payment of life coaching for son to Todd Dodges (life coach)(ongoing medical expense for minor child) |
| City          State    ZIP Code | | | | |
| **JAG 1 Trust (redaced)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street | **9/1/23** | **$50,000.00** | **$586,629.90** | Partial prepayment of real estate lien note on property in Bryan, TX in daughter's trust to Arvest (this includes payments due to the extent of the $50,000 which accrued after such payment  to avoid double counting  - Sept, 2023 through Aug, 2024) |
| **Fredericksburg**    **TX**    **78624**<br>City          State    ZIP Code | | | | |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust /JAG 2 Trust**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**        **TX**    **78624**<br>City                          State      ZIP Code | 2021-2024 | $1,691,632.42 | $1,590,371.77 | **Debtor paid Security State Bank & Trust for mortgage on 618-620 E. San Antonio St, Fredericksburg, TX jointly owned by each trust: 2023: interest $43,927.99 (debtor guaranteed note); 2023 taxes: $11,374.30 - Trusts borrowed $1,600,000. ($850,000 - land purchase (disbursed directly to seller from bank at closing), $750,000 line of credit for improvements) Proceeds paid into Mr. Goodman's personal accounts from which he disbursed for property impovements of $966,799.15, on the 618-620 E. San Antonio St. Property, F.berg, TX (owned by the Trusts) (payments since 2021)**<br>**(see attachment hereto)** |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust (redaced)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**        **TX**    **78624**<br>City                          State      ZIP Code | 2023/2024 | $6,660.64 | | **Taxes: $6,660.64 for trust property located at 102 S. First Ave.,Sandpoint, ID 83864** |

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **JAG 1 Trust (redaced)/J. Goodman**<br>Insider's name<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**        **TX**    **78624**<br>City                          State      ZIP Code | 2022 | $50,000.00 | | **Transferred 2021 Ford Bronco to daughter's trust** |

| Part 4: | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Amarillo National Bank** | suit on debt - Judgment - Receiver wrongfully appointed in violation of the automatic stay after this case was filed with notice of the filing. (See reply to #12 below). | **181st Dist. Court, Potter County TX.** | | ☐ Pending |
| | | Court Name | | ☐ On appeal |
| | | **501 S. Fillmore St.** | | ☑ Concluded |
| Case number **111762 B CV** | | Number     Street | | |
| | | **Amarillo** | **TX**      **79101** | |
| | | City | State     ZIP Code | |
| **Case title** | **Nature of the case** | **Court or agency** | | **Status of the case** |
| **FedEx Supply Chain Logistics & Electronics, Inc.** | fraud | **U.S. Dist Ct. N. Dist. Texas** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| | | **1100 Comerce St. #1452** | | ☐ Concluded |
| Case number **3:23 CV  02397** | | Number     Street | | |
| | | **Dallas** | **TX**      **75242** | |
| | | City | State     ZIP Code | |
| **Case title** | **Nature of the case** | **Court or agency** | | **Status of the case** |
| **Vista Bank v. TechDash Telecom, LLC et. al.** | **Breach of contract/Guarantee** | **191 St. Judicial Dist Court, Dallas Cty.TX** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| | | **600 Commerce St./ #103** | | ☐ Concluded |
| Case number **DC23-16418** | | Number     Street | | |
| | | **Dallas** | **Tx**      **75202** | |
| | | City | State     ZIP Code | |
| **Case title** | **Nature of the case** | **Court or agency** | | **Status of the case** |
| **Woodforest National Bank v. Goodman** | suit on debt - Judgment | **457th Judicial District Crt.** | | ☐ Pending |
| | | Court Name | | ☐ On appeal |
| | | **P. O. Box 2985** | | ☑ Concluded |
| Case number **23-09-14382** | | Number     Street | | |
| | | **Conroe** | **TX**      **7730** | |
| | | City | State     ZIP Code | |
| **Case title** | **Nature of the case** | **Court or agency** | | **Status of the case** |
| **In the matter of the marriage of Cayenne  Goodman and John A. Goodman** | divorce | **Gillespie County Court at law** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| | | **101 W. Main St.** | | ☐ Concluded |
| Case number **24-17690 CCL** | | Number     Street | | |
| | | **Fredericksburg** | **TX**      **78624** | |
| | | City | State     ZIP Code | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.
☐ Yes. Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☐ No
☑ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☑ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **JAG 1 Trust (daughter's trust redacted)** <br> Person to Whom You Gave the Gift <br><br> **1008 Middle Creek Rd.** <br> Number    Street <br><br><br><br> **Fredericksburg          TX      78624** <br> City                State    ZIP Code <br><br> Person's relationship to you **Daughter** | 2852 Persimmon Ridge Ct.., Bryan, TX (value in 2023, subject to $599,920.00 lien in favor of American Federal Mortgage Company. Original cost $750,000.00.  (property purchased in debtor's name in 11/22 and transferred  to daughter's trust in May 8, 2023. (the $150,000 is the equity in the property at the time of transfer) | May 8, 2023 | $150,000.00 |
| Gifts with a total value of more than $600 per person <br><br> **See reply to numbers 7 and  8 above** <br> Person to Whom You Gave the Gift <br><br><br> Number    Street <br><br><br><br> City                State    ZIP Code <br><br> Person's relationship to you _____ | Describe the gifts | Dates you gave the gifts | Value |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**Jordan Piel**
Person to Whom You Gave the Gift

_____
Number     Street

**Help with household expenses on various dates and amounts including those below (these far exceed $600.00 in the last two years)**

Dates you gave the gifts: **7/24**

Value: **$900.00**

_____

**Troy**                **TX**
City              State      ZIP Code

Person's relationship to you **Daughter**

---

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**JAG 2 Trust (son's trust - name redacted**
Person to Whom You Gave the Gift

**1008 Middle Creek Rd.**
Number     Street

**701 Coastline, Pt. Aransas, TX  Value of $600,000.00 less mortgage of $480,000.00**

Dates you gave the gifts: **10/23**

Value: **$124,357.05**

**Fredericksburg**       **TX**     **78624**
City              State      ZIP Code

Person's relationship to you **Son**

---

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**debtor's middle daughter (JAG 1)**
Person to Whom You Gave the Gift

**1008 Middle Creek Rd.**
Number     Street

**various expenses paid on behalf of debtor's daughter including some college expense and living expense as well  over $10,000.00 for 2023 and part of 2024.**

**Fredericksburg**       **TX**     **78624**
City              State      ZIP Code

Person's relationship to you **Daughter**

---

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

**debtor's minor son (JAG2)**
Person to Whom You Gave the Gift

**1008 Middle Creek Rd.**
Number     Street

**various expenses paid on behalf of debtor's son including school expense  and living expense as well as other monetary gifts more than $600.00, including a computer for school for $4,000+ and monthly medical expense  paid on his behalf (for non-covered medicines). (over $36,000 per year)**

**Fredericksburg**       **TX**     **78624**
City              State      ZIP Code

Person's relationship to you **Son**

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| **JAG 2 Trust (son's trust - name redacted** | **2022 Lowe fishing Boat and money paid to trust to purchase 2023 F150 Truck** (money obtained from home equity loan) | 8/23 (boat) | $25,000.00 |
| Person to Whom You Gave the Gift | | 9/23 $ to trust/truck | $90,000.00 |
| **1008 Middle Creek Rd.** | | | |
| Number    Street | | | |

| **Fredericksburg** | **TX** | **78624** |
|---|---|---|
| City | State | ZIP Code |

Person's relationship to you **Son**

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **St. Vincent DePaul Thrift Shop** | **various items of clothing/furniture and home decor** | 2022 | $6,300.00 |
| Charity's Name | | | |
| **610 W. Live Oak St.** | | | |
| Number    Street | | | |

| **Fredericksburg** | **TX** | |
|---|---|---|
| City | State | ZIP Code |

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| **Matthew 10 Ministries** | **donation** | 1/24 | $3,000.00 |
| Charity's Name | | | |
| Number    Street | | | |

| **Dallas** | **TX** | |
|---|---|---|
| City | State | ZIP Code |

## Part 6:    List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss. Include the amount that insurance has paid.  List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| **debtor's Fredericksburg, Tx. homestead damaged in hail storm in summer of 2023.** | **Home owner's carrier paid part of the lost and $32,362.15 to lienholder, Prosperity Bank, pending use for repairs.  There may be supplemental claims for additional damages, depending on the cost of repairs not yet made.  Exact amounts total unknown.  See reply to # 12 above.** | 2023 | $50,000.00 |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
| --- | --- | --- | --- |
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | **May/July, 2023** | **$1,081,000.00** |
| **loan IOF (tax fees) to secure credit facility on behalf of GTH ( for anticipated loan approx. $200,000,000.00). Theft loss. Fraud claim against AWAL et. al. in Bahrain** | none | | |

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
| --- | --- | --- | --- |
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | **July,sept.2023** | **$71,035.00** |
| **Claim against BCG Capital  Partners - Ricky Valdez for purchase of online lending platform never delivered or interest in any company (fraud and breach of contract claim) (monies paid in July and Sept. 2023)** | **None** | | |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| **LAW OFFICES OF MARTIN SEIDLER** <br> Person Who Was Paid | | | |
| **One Elm Place, Suite 504** <br> Number      Street | | **07/09/2024** | **$15,000.00** |
| **11107 Wurzbach Road** | | | |
| **San Antonio**      **TX**     **78230** <br> City                State     ZIP Code | | | |
| _____ <br> Email or website address | | | |
| _____ <br> Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **JAG 1 Trust (daughter's trust redacted)**<br>Person Who Received Transfer<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**    **TX**    **78624**<br>City                State    ZIP Code<br><br>Person's relationship to you **Daughter** | **2852 Persimmon Ridge, Bryan, TX (downpayment of $150,000 by debtor)**<br>**see reply to #13 above.** | **Gift** | **5/23** |
| **G2 Construction Svs & Shane Gibson**<br>Person Who Received Transfer<br>**3303 Shell Rd. Suite 4**<br>Number    Street<br><br>**Georgetown**    **TX**    **78628**<br>City                State    ZIP Code<br><br>Person's relationship to you **Member of LLC** | **51% interest in G2 Construction Services, Inc.** | **$300,000.00** | **12/2022** |
| **Johnathan Goodman**<br>Person Who Received Transfer<br><br>Number    Street<br><br>**Belton**    **TX**<br>City                State    ZIP Code<br><br>Person's relationship to you **Brother** | **sold interest in Goodman MBE Group, LP. and Goodman MBE Group, GP** | **$10,000.00** | **9/22** |
| **JAG 2 Trust (son's trust name redacted)**<br>Person Who Received Transfer<br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>**Fredericksburg**    **TX**    **78624**<br>City                State    ZIP Code<br><br>Person's relationship to you **insider** | **701 Coastline, Pt. Aransas, Tx worth $585,000.00 purchased for trust with downpayment of $124,357.05 made by debtor and balance secured by deed of trust lien. See reply to #13 above.** | **see above** | **2023** |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **see replies to #19 below an 8 above**<br>Person Who Received Transfer | **for notice purposes only see replies to #19 below.** | | |
| Number     Street | | | |
| | | | |
| City               State     ZIP Code | | | |
| Person's relationship to you | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Ewald Kubota**<br>Person Who Received Transfer | **sold Kubotoa skid steer for $46,000 to Kubota dealer** | **see above** | **7/23** |
| Number     Street | | | |
| | | | |
| **Fredericksburg          TX**<br>City               State     ZIP Code | | | |
| Person's relationship to you **None** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **See replies to 15 above.**<br>Person Who Received Transfer | | | |
| Number     Street | | | |
| | | | |
| City               State     ZIP Code | | | |
| Person's relationship to you | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Joseph (Jody) Goodman**<br>Person Who Received Transfer<br>**37 Old Fredericksburg Rd.**<br>Number     Street | **sold 1968 Chevy truck for $25,000.00** | **see above** | **4/24** |
| | | | |
| **Boerne          TX     78015**<br>City               State     ZIP Code | | | |
| Person's relationship to you **Brother** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **GBLP Ranch**<br>Person Who Received Transfer<br>**1020 E. FM 501**<br>Number     Street | **ranch contributions and trailer cost** | **Ranch contributions $32,000 (including cost of trailer and ranch operating expense)** | **2022-2024** |
| | | | |
| **San Saba          TX**<br>City               State     ZIP Code | | | |
| Person's relationship to you **insider** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Taylor & Sons Chevrolet**<br>Person Who Received Transfer | **Sold 2017 Ford F250 truck for $51,000.00** | **See** above | **5/23** |
| **476751 US - 95**<br>Number    Street | | | |
| **Ponderay**         **ID**    **83852**<br>City                 State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Taylor & Sons Chevrolet**<br>Person Who Received Transfer | **Sold 2021 Chevy Suburban for $70,000.00** | **See** above | **5/23** |
| **476751 US - 95**<br>Number    Street | | | |
| **Ponderay**         **ID**    **83852**<br>City                 State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **The Shopps at Lano**<br>Person Who Received Transfer | **misc. furniture sold for $3245.00 gross** | **misc. furniture sold for $3245.00 gross** | **8/22** |
| Number    Street | | | |
| **Fredericksburg**      **TX**<br>City                 State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **James Frinzi**<br>Person Who Received Transfer | **Sold 2  2013 jet skis for $10,000.00** | **Sold 2  2013 jet skis for $10,000.00** | **10/22** |
| Number    Street | | | |
| **Horsehoe Bay**      **TX**<br>City                 State    ZIP Code | | | |
| Person's relationship to you **Former officer of** | | | |

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **The Shopps at Lano**<br>Person Who Received Transfer | **misc. furniture sold for $1330 gross** | **misc. furniture sold for $ 1330 gross** | **12/22** |
| Number    Street | | | |
| **Fredericksburg**      **TX**<br>City                 State    ZIP Code | | | |
| Person's relationship to you **None** | | | |

| Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|

**See replies to #7 and #8 above.**
Person Who Received Transfer

Number     Street

City                          State     ZIP Code

Person's relationship to you

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☐ No
☑ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| **J & C Trust (name redacted)** | **701 Coastline, Pt. Aransas, TX  (unimproved lot) purchased in the name of  (J & C Trust - name redacted) (subsequently transferred to The JAG 2 Trust (name redacted son's trust) 11/13/23)** | **11/13/23** |
| **J & C Trust (name redacted)** | **1008 Middle Creek Rd., Fredericksburg, TX. 78624 (debtors' homestead originally purchased in the name of the trust in 2015)** | **2015** |
| **See responses to #7, #8 and 13 above** | Description and value of the property transferred | Date transfer was made |
| **J & C Trust (name redacted)** | **Debtor made Home equity loan payments on the Home equity loan from Prosperity Bank secured by debtor's homestead at $12,000.00 per month since the date of the loan 8/23 and has paid the insurance, taxes on the property and any prior debt service and maintenance and improvements on the homestead property.** | **various** |

## Part 8:   List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **JP Morgan Chase Bank**<br>Name of Financial Institution<br>**(wife took over account, removed debtor**<br>Number    Street<br>**'s name and then closed it)**<br><br>**San Antonio      TX**<br>City                State   ZIP Code | XXXX- **4   7   9   1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☑ Other  **bal at closing unknown** | **2024** | **$366.00** |

Debtor 1 **John Andrew Goodman**          Case number (if known) **24-10806**

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank** <br> Name of Financial Institution <br><br> Number  Street <br><br> **San Antonio    TX** <br> City    State    ZIP Code | XXXX- **8  6  9  0** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **2023** | **$0.04** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **SOFI Bank** <br> Name of Financial Institution <br> **2750 East Cottonwood Pkwy #300** <br> Number  Street <br><br> **Cottonwood Heights   UT   84121** <br> City    State    ZIP Code | XXXX- **4  6  3  3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other | **6-19-2022** | **$371,134.83** |

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Wells Fargo Bank** <br> Name of Financial Institution <br><br> Number  Street <br><br> **San Antonio    TX** <br> City    State    ZIP Code | XXXX- **4  1  2  3** | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☑ Other  **B & R Aircraft Account** | **8/2023** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☑ No
    ☐ Yes. Fill in the details.

| Part 9: | Identify Property You Hold or Control for Someone Else |
|---|---|

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☐ No
☑ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| **JAG 1 Trust-8/24/15 (name redacted)**<br>Owner's Name<br><br>**1008 Middle Creek Rd.**<br>Number    Street<br><br>_____<br>Number    Street | | Trust established for debtor's daughter of which debtor is co-trustee with his his spouse Cayenne Song Goodman. | $2,766,979.82 |
| **Fredericksburg    TX    78624**<br>City              State   ZIP Code | **Bryan              TX**<br>City              State   ZIP Code | Lot 19, Block 1, the Traditions subdiv. Phase 8A, city of Bryan, Brazos County, Texas. ( 2852 Persimmon Ridge Ct. Bryan, TX. (house) ($700,000) | |
| | | 101 S. First Ave., Vintage Ct., Suite 200-202, Sandpointe, ID (3 units) (900,000) | |
| | | 1/2 undivided interest in 618-620 E. San Antonio St., Fredericksburg, TX (empty lot) (1,125,000) | |
| | | 2021 Ford Bronco (35,000) | |
| | | Bank Account ending in 3774 (approx $1979.82) | |
| | | Misc. furniture ($5,000) | |
| | | These are gross amounts excluding secured debt. | |

| Where is the property? | Describe the property | Value |
|---|---|---|

**JaG-2 Trust (name redacted) : 8/24/2(**
Owner's Name

**1008 Middle Creek Rd.**
Number    Street

**Fredericksburg    TX    78624**
City                State    ZIP Code

**Pt. Aransas.Tx, Sandpointe, ID**
Number    Street

**and**

**Fredericksburg    TX**
City                State    ZIP Code

**Trust established for debtor's son of which debtor is co-trustee with his his spouse Cayenne Soni Goodman.**

**Lot 1, Block 4, Cinnamon Shore S. Unit 5, a subdivision in Mustang Island, Nueces County, TX. (701 Coastline, Port Aransas, TX)(vacant lot) (580,000)**

**3370 N. Kootnaie Rd., Sandpointe, ID 83864 (house) (1,700,382.15)**

**1/2 undivided interest in 618-620 E. San Antonio St., Fredericksburg, TX (empty lot)(1,125,000)**

**2023 F 150 Ford Truck (60000)**

**2020 John Deere Tractor (25000)**

**Bank account ending in 3634 (approx. $184.75)**

**2022 Lowe Fishing Boat (25000)**

**These are gross amounts excluding secured debt.**

**$3,515,566.90**

| Where is the property? | Describe the property | Value |
|---|---|---|

**Jacob Soni Trust**
Owner's Name

**1008 Middle Creek Rd.**
Number    Street

**Fredericksburg    TX**
City                State    ZIP Code

**502 S. Huron Ave.**
Number    Street

**Sandpointe    ID**
City                State    ZIP Code

**502 S. Huron Ave., Sandpointe, ID    (house) and trailer (702,000)**

**Bank account ending in 1435 (approx ($175.84)**

**Furniture in house $5,300.00**

**(Debtor's wife's father's trust)**

**These are gross amounts excluding secured debt.**

**$707,475.84**

| Debtor 1 | John Andrew Goodman | | Case number (if known) | 24-10806 |
|---|---|---|---|---|

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**J & C Trust (name redacted)**
Owner's Name

**1008 Middle Creek Rd.**
Number    Street

**1008 Middle Creek Rd.**
Number    Street

**1008 Middle Creek,
Fredericksburg, TX**
including insurance coverage,
claims and claims proceeds
of such coverage.

<mark>$3,500,000.00</mark>

**Fredericksburg    TX**
City              State   ZIP Code

**Fredericksbrg    TX    78624**
City              State   ZIP Code

These are gross amounts
excluding secured debt.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|

**debtor's minor son**
Owner's Name

**1008 Middle Creek Rd.**
Number    Street

**1008 Middle Creek Rd.**
Number    Street

**.308 scoped rilfe (owned by
debtor's minor son)**

$500.00

**Fredericksburg    TX    78624**
City              State   ZIP Code

**Fredkericksburg    TX    78624**
City              State   ZIP Code

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ☑ No
   ☐ Yes. Fill in the details.

25. **Have you notified any governmental unit of any release of hazardous material?**

   ☑ No
   ☐ Yes. Fill in the details.

26. **Have you been a party in any judicial or administrative proceeding under any environmental law?  Include settlements and orders.**

   ☑ No
   ☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No.  None of the above applies. Go to Part 12.
☑ Yes.  Check all that apply above and fill in the details below for each business.

| | | |
|---|---|---|
| **Goodman Brothers Enterprises, Inc.**<br>Business Name | Describe the nature of the business<br>Holding company general partners of<br>Goodman Brothers, LP | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **P. O. Box 1515**<br>Number    Street | Name of accountant or bookkeeper<br>Forvis, LLP | EIN: 4  1 – 2  0  4  7  2  0  8<br><br>Dates business existed |
| **Belton        TX    76513**<br>City            State  ZIP Code | | From      2003      To      2024 |

| | | |
|---|---|---|
| **G2 Construction Services, Inc.**<br>Business Name | Describe the nature of the business<br>construction company  (debtor<br>transferred his interest in 2023) | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **1008 Middle Creek Rd.**<br>Number    Street | Name of accountant or bookkeeper<br>Forvis, LLP | EIN: 8  3 – 4  0  5  0  9  6  1<br><br>Dates business existed |
| **Fredericksburg    TX    78624**<br>City            State  ZIP Code | | From      2019      To      2023 |

| | | |
|---|---|---|
| **Goodman Brothers, LP**<br>Business Name | Describe the nature of the business<br>limited partner of Goodman Brothers<br>Enterprise, Inc. | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **1008 Middle Creek Rd.**<br>Number    Street | Name of accountant or bookkeeper<br>Forvis, LLP | EIN: 4  1 – 2  0  4  7  2  1  5<br><br>Dates business existed |
| **Fredericksburg    TX    78624**<br>City            State  ZIP Code | | From      2003      To      2024 |

| | | |
|---|---|---|
| **Goodman MBE Group, LP**<br>Business Name | Describe the nature of the business<br>consulting  (debtor transferred his<br>interest in 9/22) | Employer Identification number<br>Do not include Social Security number or ITIN. |
| **c/o Johnathan Goodman**<br>Number    Street | Name of accountant or bookkeeper<br>Forvis, LLP | EIN: 8  2 – 1  4  2  8  2  5  0<br><br>Dates business existed |
| **Belton        TX**<br>City            State  ZIP Code | | From      2017      To      2024 |

**Greater Tech Holdings, LLC**
Business Name

**c/o Janet Casciato-Northrup Trustee**
Number      Street

**1201 Louisiana, Suite 2800**

**Houston**          **TX**    **77002**
City                State    ZIP Code

Describe the nature of the business
**telecommunications services (in bankruptcy)(same as Goodman Telecom Holdings, LLC and ( Debauche OSP, LLC - Techdash Telecom, LLC and Techdash Communications, LLC - subsidiaries)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  5 – 1  3  9  6  9  3  3

Dates business existed

From        2020        To        2024

---

**Goodman Networks, Inc.**
Business Name

**c/o Scott Seidel, Trustee**
Number      Street

**6505 W. Park Blvd #306**

**Plano**          **TX**    **76093**
City                State    ZIP Code

Describe the nature of the business
**telecommunications services  (in bankruptcy)(Debtor transferred his interest in 2022 as part of Goodman MBE GP sale)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 7  4 – 2  9  4  9  4  6  0

Dates business existed

From        2020        To        2024

---

**B & R Joker Adventures, LLC**
Business Name

**1008 Middle Creek Road**
Number      Street

**Fredericksburg**      **TX**    **78624**
City                State    ZIP Code

Describe the nature of the business
**aircraft rental**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  4 – 5  1  5  9  3  6  5

Dates business existed

From        2019        To        2023

---

**Goodman MBE Group GP, LLC & LP**
Business Name

**c/o Johnathan Goodman**
Number      Street

**Belton**          **TX**
City                State    ZIP Code

Describe the nature of the business
**consulting  (debtor transferred his interest in 9/22)**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  2 – 1  4  7  8  5  7  4

Dates business existed

From        2017        To        2022

---

**Techdash Telecom, LLC f/k/a Goodm**
Business Name

**c/o Randy Williams,  trustee**
Number      Street

**7924 Broadway #104**

**Pearland**          **TX**    **77581**
City                State    ZIP Code

Describe the nature of the business
**telecommunications**

Name of accountant or bookkeeper
**Forvis, LLP**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: 8  5 – 5  1  5  9  3  6  5

Dates business existed

From        2020        To        2024

---

**John Goodman**
Business Name

**1008 Middle Creek Rd.**
Number      Street

**Fredericksburg**      **TX**
City                State    ZIP Code

Describe the nature of the business
**consulting and management**

Name of accountant or bookkeeper
**Forvis**

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From        2015        To        2024

---

**CSL Investments, LLC**
Business Name

**1008 Middle Creek Rd.**
Number    Street

**Fredericksburg        TX**
City                State    ZIP Code

**Describe the nature of the business investment**

**Name of accountant or bookkeeper**
Forvis

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: **9   9 – 1   0   7   9   0   2   0**

**Dates business existed**

From _____ **2022** _____ To _____ **2024**

**GDMN Family Investments 2, LLC**
Business Name

**1008 Middle Creek Rd.**
Number    Street

**Fredericksburg        TX**
City                State    ZIP Code

**Describe the nature of the business**
**Holding company**

**Name of accountant or bookkeeper**
Forvis

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___

**Dates business existed**

From _____ **2019** _____ To _____ **2024**

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☑ Yes. Fill in the details below.

Date issued

**Woodforest National Bank** _____
Name

**P. O. Box 7889**
Number    Street

_____

**The Woodlands        TX     77387**
City                State    ZIP Code

Date issued

**Vista Bank** _____
Name

**5840 W. Northwest Highway**
Number    Street

_____

**Dallas        TX     75225**
City                State    ZIP Code

Date issued

**Amarillo National Bank** _____
Name

**P. O. Box 1**
Number    Street

_____

**Amarillo        TX     79105**
City                State    ZIP Code

Date issued

**Arvest Bank**
Name

**P. O. Box 799**
Number    Street

**Lowell**              **AR**    **72745**
City                    State     ZIP Code

Date issued

**U. S. Bank**
Name

**P. O. Box 0807**
Number    Street

**St. Paul**            **MN**    **55170**
City                    State     ZIP Code

Date issued

**Prosperity Bank**
Name

**4295 San Felipe**
Number    Street

**Houston**             **TX**    **77027**
City                    State     ZIP Code

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X  **/s/ John Andrew Goodman**            X  _____

John Andrew Goodman, Debtor 1               Signature of Debtor 2

Date   **02/14/2025**                        Date  _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).