| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **John** | **Andrew** | **Goodman** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** | | | |
| Case number (if known) | 24-10806 | | |

 ☑ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

    1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $3,500,000.00

    1b. Copy line 62, Total personal property, from Schedule A/B................................................ $10,706,104.89

    1c. Copy line 63, Total of all property on Schedule A/B.......................................................... $14,206,104.89

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... $5,629,149.94

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F..................... $0.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............. + $133,324,859.00

   **Your total liabilities**   $138,954,008.94

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I................................................... $18,000.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J........................................................... $38,514.71

Official Form 106Sum        Summary of Your Assets and Liabilities and Certain Statistical Information        page 1

Debtor 1  **John Andrew Goodman**  Case number (if known) **24-10806**

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   **Total claim**

   From Part 4 on *Schedule E/F,* copy the following:

   9a. Domestic support obligations. (Copy line 6a.) _____

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.) _____

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) _____

   9d. Student loans. (Copy line 6f.) _____

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) _____

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) + _____

   9g. **Total.** Add lines 9a through 9f. _____

Fill in this information to identify your case and this filing:

Debtor 1: **John Andrew Goodman**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): _____
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **24-10806**

☑ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property          12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.
1008 Middle Creek Road, Fredericksburg, TX 78624
1008 Middle Creek Road, Fredericksburg, TX 78624 (house held in family living trust - J & C Trust (name redacted). This is the debtor's trust)

**Gillespie**
County

What is the property? Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☑ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property?  **$3,500,000.00**
Current value of the portion you own?  **$3,500,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

☑ Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here................................. →   **$3,500,000.00**

Debtor 1    **John Andrew Goodman**      Case number (if known)   **24-10806**

### Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

   **3.1.**
   Make: **F250**
   Model: **Ford**
   Year: **2020**
   Approximate mileage: **70,000**
   Other information:
   **2020 F250 Ford (approx. 70,000 miles)**

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   ☑ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   Current value of the entire property? **$35,000.00**
   Current value of the portion you own? **$35,000.00**

   **3.2.**
   Make: **Cadillac**
   Model: **Escalade**
   Year: **2021**
   Approximate mileage: **77,000**
   Other information:
   **2021 Cadillac Escalade (approx. 77,000 miles)**

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   ☑ Check if this is community property (see instructions)

   Current value of the entire property? **$58,000.00**
   Current value of the portion you own? **$58,000.00**

   **3.3.**
   Make: **Cadillac**
   Model: **Escalade**
   Year: **2024**
   Approximate mileage: **20,000**
   Other information:
   **2024 Cadillac Escalade (approx. 20,000 miles)**

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   ☑ Check if this is community property (see instructions)

   Current value of the entire property? **$105,000.00**
   Current value of the portion you own? **$105,000.00**

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☑ Yes

   **4.1.**
   Make: **Utility trailer**
   Model:
   Year: **2015**
   Other information:
   **2015 Utility trailer**

   Who has an interest in the property? Check one.
   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☑ At least one of the debtors and another

   ☑ Check if this is community property (see instructions)

   Current value of the entire property? **$300.00**
   Current value of the portion you own? **$300.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............ → **$198,300.00**

Official Form 106A/B      Schedule A/B: Property      page 2

Debtor 1    **John Andrew Goodman**      Case number (if known)   **24-10806**

## Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
- ☐ No
- ☑ Yes. Describe..... Household goods, supplies and furnishings    $20,000.00

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
- ☐ No
- ☑ Yes. Describe..... 5 tvs, 1 printers, 6 computers, and misc. electronics, 3 cell phones, children's games, x box    $4,000.00

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
- ☑ No
- ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
- ☐ No
- ☑ Yes. Describe..... golf clubs and bag, treadmill, weight sets and misc. excercise equipment, fishing rods and gear, camping gear, tent, sleeping bags, etc., 3 bicycles,    $1,000.00

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ☐ No
- ☑ Yes. Describe..... .380 pistol, AR-15 rifle with ammo and cleaning supplies, .308 scoped rifle (son's)    $1,400.00

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
- ☐ No
- ☑ Yes. Describe..... Clothing    $2,500.00

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- ☐ No
- ☑ Yes. Describe..... Jewelry, wedding rings, 2 watches, cufflinks and misc. jewelry    $5,000.00

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
- ☐ No
- ☑ Yes. Describe..... 4 dogs    $2,000.00

Official Form 106A/B      Schedule A/B: Property      page 3

Debtor 1   John Andrew Goodman     Case number (if known) 24-10806

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here........................... →    **$35,900.00**

## Part 4: Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☐ No
    ☑ Yes................................................................... Cash: .................... **$200.00**

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.............................. Institution name:

    | | | | |
    |---|---|---|---|
    | 17.1. | Checking account: | Checking account JPMorgan Chase ending in 6729 | $909.11 |
    | 17.2. | Checking account: | Checking account Applied Bank #0262 | $11,725.67 |
    | 17.3. | Checking account: | Checking account (separated spouse's sole management community property, including support payments)(not property of the debtor's estate) | Unknown |
    | 17.4. | Other financial account: | Other financial account coinbase | $1.22 |
    | 17.5. | Other financial account: | Other financial account Paypal | $0.00 |
    | 17.6. | Other financial account: | Other financial account Cash app | $0.00 |
    | 17.7. | Other financial account: | Other financial account Venmo | $7.75 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.............................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No
    ☑ Yes. Give specific information about them.........................

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | CSL Investments, LLC | 100% | $500.00 |
    | Greater Tech Holdings, Inc. (Bankruptcy case number 24-32818, S.D.Tex.) | 41.96% | $0.00 |
    | Goodman Brothers Enterprises, Inc. (General partner of Goodman Brothers, LP) | 20% | $11,000.00 |

Official Form 106A/B     Schedule A/B: Property     page 4

Debtor 1 **John Andrew Goodman**  Case number (if known) **24-10806**

| | | |
|---|---|---|
| DeBauche OSP Communications, LLC (in bankruptcy case number 24-32817, S.D. Tex)(owned by Greater Tech Holdings, Inc) | | $0.00 |
| Techdash Telecom, LLC f/k/a Goodman Telecom Services, LLC owned by Greater Tech Holdings, Inc. (Bankruptcy case number 24-32820, S.D. Tex) | 41.96% | $0.00 |
| Goodman Brothers, LP | 20% | $1,100,000.00 |
| Techdash Communications LLC owned by Greater Tech Holdings, Inc. (Bankruptcy case number 24-32819, S.D. Tex.) | 0% | $0.00 |
| Interest in Outlaw Game Partner (original investment $270,000) stock or tokens never received) company reincorporated in Dubai | 3.235% | Unknown |
| GDMN Family Investments 2, LLC | 50% | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them............ Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each account separately.   Type of account:   Institution name:

    | | | |
    |---|---|---|
    | 401(k) or similar plan: | **401(k) Gryphon Healthcare, LLC** | $55.63 |
    | 401(k) or similar plan: | **401(k) Empower** | $70,678.51 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes............................   Institution name or individual:

23. **Annuities** (A contract for a specific periodic payment of money to you, either for life or for a number of years)
    ☑ No
    ☐ Yes...........................   Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

    ☑ No
    ☐ Yes...........................   Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

    ☐ No
    ☑ Yes. Give specific information about them  | See continuation page(s). | Unknown |

Debtor 1    **John Andrew Goodman**      Case number (if known)   **24-10806**

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

    ☑ No
    ☐ Yes. Give specific information about them

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

    ☐ No
    ☑ Yes. Give specific information about them    See continuation page(s).    **Unknown**

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

    ☐ No
    ☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years......

    Federal: Potential loss carrybacks to 2021 and 2022 from 2023 and anticipated 2024 1040 returns subject to setoff for outstanding 2021 1040 taxes and 2024 income taxes, if any, ( amounts are estimated, could well exceed this amount or be less). Amt: $8,000,000.00

    Federal: income tax refund from 2023 income tax return. Amt: $98,365.00

    Federal:   **$8,098,365.00**
    State:   **$0.00**
    Local:   **$0.00**

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

    ☑ No
    ☐ Yes. Give specific information

    Alimony:
    Maintenance:
    Support:
    Divorce settlement:
    Property settlement:

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

    ☐ No
    ☑ Yes. Give specific information    See continuation page(s).    **$102.00**

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☐ No
    ☑ Yes. Name the insurance company of each policy and list its value............

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | $2,000,000 term life policy | children's trusts | $1.00 |

Debtor 1  John Andrew Goodman                     Case number (if known) 24-10806

| | | |
|---|---|---|
| Potential claims for coverage under D & O insurance policies issued to and owned by Goodman Networks (now in bankruptcy)( and GTH, Inc.) (now in bankruptcy)(including but not limited to claims for wrongful acts and negligence, damages and costs of defense and for reimbursement for costs of defense). These companies include: Federal Ins., QE Insurance, Continental Casualty, The Hanover Insurance and Westchester. (amounts undetermined at this time) | the debtor | Unknown |
| Homeowner's policy on Fredericksburg, TX homestead along with claims for hail damage from hailstorm summer of 2023 including partial payment of insurance proceeds paid to debtor's secured home lender Prosperity Bank which currently holds $32,362.15 in partial claims proceeds earmarked for roof repairs to the home. (the claims will exceed this amount) There may be supplemental claims arsing from the same storm damage. (Exact amounts are undermined at this time but all are claimed as exempt under the unlimited homestead and insurance code exemptions. | debtor and nondebtor spouse | Unknown |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

    ☑ No
    ☐ Yes. Give specific information

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☐ No
    ☑ Yes. Describe each claim........ | See continuation page(s). | $1,152,035.00

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No
    ☑ Yes. Describe each claim........ | Potential counter-claims against FedEx Supply Chain Logistics & Electronics, Inc. Ex #3:23CV 02397S, U. S. District Court, N.D.Tex. under Texas Theft Liability Act (exact amount unknown, including attorney's fees and costs) and potentially other undetermined claims. | Unknown

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information

Official Form 106A/B                    Schedule A/B: Property                    page 7

Debtor 1   **John Andrew Goodman**   Case number (if known) **24-10806**

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................... → **$10,456,904.89**

### Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?

    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. Accounts receivable or commissions you already earned

    ☑ No
    ☐ Yes. Describe..

39. Office equipment, furnishings, and supplies
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe..

40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade

    ☑ No
    ☐ Yes. Describe..

41. Inventory

    ☑ No
    ☐ Yes. Describe..

42. Interests in partnerships or joint ventures

    ☑ No
    ☐ Yes. Describe..... Name of entity:                          % of ownership:

43. Customer lists, mailing lists, or other compilations

    ☑ No
    ☐ Yes. Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?
        ☐ No
        ☐ Yes. Describe....

44. Any business-related property you did not already list

    ☑ No
    ☐ Yes. Give specific information.

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.......................................................................................... → **$0.00**

Official Form 106A/B    Schedule A/B: Property    page 8

Debtor 1    **John Andrew Goodman**      Case number (if known)   **24-10806**

### Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. Farm animals
    *Examples:* Livestock, poultry, farm-raised fish
    - ☑ No
    - ☐ Yes....

48. Crops--either growing or harvested
    - ☑ No
    - ☐ Yes. Give specific information............

49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade
    - ☑ No
    - ☐ Yes....

50. Farm and fishing supplies, chemicals, and feed
    - ☑ No
    - ☐ Yes....

51. Any farm- and commercial fishing-related property you did not already list
    - ☑ No
    - ☐ Yes. Give specific information............

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here............ → **$0.00**

### Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. Do you have other property of any kind you did not already list?
    *Examples:* Season tickets, country club membership
    - ☐ No
    - ☑ Yes. Give specific information.
      Riding lawnmower with attachments, generator/ welder, misc. power and handtools, weedeater, ladders (3), hoses, compressor, leaf blower, spreaders, extension cords, sprinkler and plumbing repair tools and parts, paint, fertilzer, yard chemicals, gas cass, large commerical storage container, etc..     **$15,000.00**

54. Add the dollar value of all of your entries from Part 7. Write that number here............ → **$15,000.00**

Debtor 1    **John Andrew Goodman**        Case number (if known) **24-10806**

### Part 8: List the Totals of Each Part of this Form

| | | |
|---|---:|---:|
| 55. Part 1: Total real estate, line 2............................................................................... → | | $3,500,000.00 |
| 56. Part 2: Total vehicles, line 5 | $198,300.00 | |
| 57. Part 3: Total personal and household items, line 15 | $35,900.00 | |
| 58. Part 4: Total financial assets, line 36 | $10,456,904.89 | |
| 59. Part 5: Total business-related property, line 45 | $0.00 | |
| 60. Part 6: Total farm- and fishing-related property, line 52 | $0.00 | |
| 61. Part 7: Total other property not listed, line 54 + | $15,000.00 | |
| 62. Total personal property. Add lines 56 through 61.................. | $10,706,104.89 | Copy personal property total → + $10,706,104.89 |
| 63. Total of all property on Schedule A/B. Add line 55 + line 62.............................................................. | | $14,206,104.89 |

Official Form 106A/B        Schedule A/B: Property        page 10

Debtor 1    **John Andrew Goodman**                      Case number (if known)    **24-10806**

25. Trusts, equitable or future interests in property (details):

| | |
|---|---|
| Interest in J & C Trust (name redacted) (value already included in Schedule A 1.1)(homestead qualifying trust) | Unknown |
| Interest in J & C Trust (name redacted) (same as homestead qualifying trust above but misnamed) | Unknown |

27. Licenses, franchises, and other general intangibles (details):

| | |
|---|---|
| 8 San Antonio Spurs season tickets and 4 parking passes (limited games - not full season) | $11,324.00 |
| Interest in 12th Man A & M membership | Unknown |

30. Other amounts someone owes you (details):

| | |
|---|---|
| Texas Comptroller of Public Accounts - unclaimed funds | $64.00 |
| Texas Comptroller of Public Accounts (unclaimed funds) | $38.00 |
| Reimbursement for monies paid to lender (AWAL and Link Bridge Financial) for IOF loan fees for Greater Tech Holdings, LLC (in Chapter 7 bankruptcy $686,000)(uncollectable) | $0.00 |

33. Claims against third parties (details):

| | |
|---|---|
| Claim against AWAL and its agents arising from fraudulent loan application and loan IOF (tax fees) to secure credit facility on behalf of GTH ( for anticipated loan approx. $200,000,000.00). Theft loss. Fraud claim against AWAL et. al. in Bahrain | $1,081,000.00 |
| Claim against BCG Capital Partners - Ricky Valdez for purchase of online lending platform never delivered or interest in any company (fraud and breach of contract claim) (monies paid in July and Sept. 2023) | $71,035.00 |

**Fill in this information to identify your case:**

| Debtor 1 | John | Andrew | Goodman |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **24-10806**

☑ Check if this is an amended filing 

Official Form 106Dec
## Declaration About an Individual Debtor's Schedules     12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ John Andrew Goodman
John Andrew Goodman, Debtor 1

Date **03/26/2025**
MM / DD / YYYY

X _____
Signature of Debtor 2

Date _____
MM / DD / YYYY