# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| CASE NO. 24-10806    Chapter 7 | § | DEBTOR: John Andrew Goodman |
| In Re: John Andrew Goodman | § | |
| | § | JUDGE: Shad M. Robinson |
| | § | CTRN STAFF |
| WITNESSES: John Andrew Goodman | § | DATE: May 20, 2025 at 1:30 p.m |
| Dylan Pearcy | § | PARTY'S NAME: John Andrew Goodman |
| Martin Seidler | § | ATTY'S NAME:    Martin Seidler |
| | § | ATTY'S PHONE    (210) 694-0300 |
| | § | NATURE OF PROCEEDING: Debtor's Motion for Relief from Stay (Ecf #174) |
| | § | |

## JOHN ANDREW GOODMAN EXHIBIT AND WITNESS LIST

| NO | DESCRIPTION | MAR | OFF | OBJECTION | ADM | DATE | Disposition |
|---|---|---|---|---|---|---|---|
| D-1 | Divorce Court docket sheet | | | | | | |
| D-2 | | | | | | | |
| D-3 | | | | | | | |
| D-4 | | | | | | | |
| D-5 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

(NOTE: This Exhibit List is to be prepared in advance of the date of trial by counsel to parties and furnished to the Court in duplicate and served on opposing counsel)

# REGISTER OF ACTIONS
## CASE NO. 24-17690CCL

| | | |
|---|---|---|
| In the Matter of the Marriage of Cayenne Goodman and John Andrew Goodman And in the Interest of J.A.G. and J.A.G., Children | § § § § | Case Type: **Divorce - Children**<br>Date Filed: **02/13/2024**<br>Location: **County Court at Law** |

## PARTY INFORMATION

| | | | Attorneys |
|---|---|---|---|
| **Petitioner** | Goodman, Cayenne | 5' 3", 135 lbs | **Matthew Gilbert**<br>*Retained*<br>210-319-5576(W) |
| | | | ~~Alicia Lackey~~<br>~~*Retained*~~<br>~~830-997-9250(W)~~ |
| | | | Frank A. Muniz<br>*Retained*<br>210-997-1865(W) |
| **Respondent** | Goodman, John Andrew | | S. Dylan Pearcy<br>*Retained*<br>210-686-4878(W) |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 02/13/2024 | **Original Petition For Divorce (OCA)** |
| 02/13/2024 | **Request**<br>*Goodman - Request for Citation and Service* |
| 02/13/2024 | **Citation Issued**<br>*to John Andrew Goodman; given to Constable Hilario Villa for service; served 02/14/2024* |
| 02/13/2024 | **Citation**<br>Goodman, John Andrew — Served 02/14/2024 — Returned 02/14/2024 |
| 03/05/2024 | **Original Answer**<br>*Respondent's Original Answer* |
| 03/11/2024 | **Amended Answer**<br>*Respondent's First Amended Original Answer* |
| 07/15/2024 | **Motion**<br>*for Withdrawal of Counsel; Atty. Lackey for Petitioner* |
| 07/18/2024 | **Order** (Judicial Officer: Nevins, Christopher G. )<br>*Granting Motion for Withdrawal of Alicia Lackey* |
| 07/19/2024 | **Green Card Ret'd/Cert. Mail Rec.**<br>*Order on Motion for Withdrawal of Counsel mailed to Cayenne Goodman by regular and CMRRR; Green Card ret'd 07/29/2024* |
| 12/16/2024 | **Bankruptcy Suggestion** |
| 01/15/2025 | **Notice**<br>*Notice of Appearance of Counsel* |
| 04/16/2025 | **Notice Of Appearance**<br>*of Attorney Matthew Gilbert for Cayenne Goodman* |
| 04/24/2025 | **Amended Petition**<br>*1st Amended petition for divorce* |
| 04/24/2025 | **Certificate**<br>*Petitioner's Certificate of Written Discovery* |

## FINANCIAL INFORMATION

**EXHIBIT A-1**

| | |
|---|---|
| **Petitioner** Goodman, Cayenne | |
| Total Financial Assessment | 445.00 |
| Total Payments and Credits | 445.00 |
| **Balance Due as of 05/14/2025** | **0.00** |

| Date | Transaction | | | |
|---|---|---|---|---|
| 02/13/2024 | Transaction Assessment | | | 445.00 |
| 02/13/2024 | E-File Payment | Receipt # DC-39340 | Goodman, Cayenne | (308.00) |
| 02/13/2024 | State Credit | | | (137.00) |